Defendants' Exhibit 2

Biological Assessment to NMFS

# Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

## Biological Assessment
### Endangered and Threatened Species



*Photo Courtesy of Beta Offshore*

Prepared for the National Marine Fisheries Service

In Accordance with Section 7(c) of the Endangered Species Act of 1973,
as Amended

**March 2017**

## INTRODUCTION

Leasing, exploration, development and production of offshore oil and gas reserves on the outer continental shelf of the Pacific Coast began in the early 1960's. Initially, the Bureau of Land Management (BLM) was responsible for leasing areas of the outer continental shelf and the U.S. Geological Survey (USGS) provided oversight for exploration, development and production of offshore oil and gas resources. In 1982, the Minerals Management Service (MMS) was created to oversee all outer continental shelf oil and gas leasing, exploration, development and production. In 2010, MMS was renamed the Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE). The following year, the Office of Natural Resource Revenues (ONRR) was created and BOEMRE was split into two new bureaus: the Bureau of Ocean Energy Management (BOEM) and the Bureau of Safety and Environmental Enforcement (BSEE). With this reorganization, BOEM retains the authority for managing and issuing decisions on oil and gas leasing on the outer continental shelf, as well as approval of exploration and development and production plans and issuance of geological and geophysical permits. BSEE retains the authority to review and approve permits for drilling, rights-of-way and pipeline installations, decommissioning of offshore structures as well as day-to-day inspection and enforcement actions associated with offshore oil and gas production.

BOEM and BSEE are independent bureaus but their missions are clearly linked and they share many functions. For example, BOEM currently assists BSEE with environmental reviews and BSEE handles many human resource and administrative functions for BOEM. For this biological assessment, we reflect on past Endangered Species Act (ESA) consultations, identify reasonably foreseeable future BOEM and BSEE actions, and consider the potential effects of these actions on species currently listed by the National Marine Fisheries Service (NMFS) as endangered or threatened.

## OFFSHORE OIL AND GAS DEVELOPMENT IN SOUTHERN CALIFORNIA: ENDANGERED SPECIES ACT CONSULTATION HISTORY

When the ESA was passed in 1973, five oil and gas production platforms were already installed in federal waters offshore Southern California (Hogan, Houchin, Platform A, Platform B, Hillhouse) and two additional platforms had been approved for installation (Platform C and Hondo). BLM's first formal ESA consultation with NMFS was completed in 1978 (NMFS 1978) for lease sale 48. NMFS considered this consultation to be a "threshold examination" and a second consultation between NMFS and USGS was completed the following year (NMFS 1979). The consultation with USGS in 1979 was for all then-existing outer continental shelf oil and gas exploration, development and production activities in the Southern California Bight and future offshore oil and gas activities that may occur under lease sale 48. This ultimately included the installation and operation of nine additional platforms in federal waters (Elly, Ellen, Grace, Henry, Gina, Edith, Eureka, Habitat and Gilda). In 1980, BLM and USGS jointly consulted with NMFS on leasing and exploration activities associated with sale 53 (NMFS 1980) and in 1981, a regional approach to consultation for leasing and exploration in the Southern California Bight was conducted (NMFS 1981).

After it was created in 1982, MMS returned to consulting on individual lease sales (sales 73, 80) and associated exploration activities (NMFS 1983, NMFS 1983a). In addition, MMS formally consulted with NMFS on individual Development and Production Plans (DPPs) submitted to

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 5 of 61   Page ID #:580

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

MMS for approval (NMFS 1984, NMFS 1984a, NMFS 1985, NMFS 1986, NMFS 1986a). Not all of these DPPS were implemented. Those that were implemented resulted in the installation of seven more platforms (Harmony, Heritage, Hermosa, Hidalgo, Harvest, Irene, and Gail).

The last oil and gas platform was installed in southern California in 1989. Since then, MMS/BOEM/BSEE has consulted informally with NMFS for infrastructure repairs and replacements (e.g., pipelines and cables) and prepared biological assessments of potential effects to endangered species for revisions of DPPs that proposed drilling into new oil fields from existing platforms – Rocky Point (MMS 2000) and Tranquillon Ridge (MMS 2008). In both of these examples, NMFS determined that endangered and threatened species were not likely to be adversely affected and formal consultation under ESA was not required (NMFS 2000 and NMFS 2008).

In 2014, BSEE requested formal ESA consultation for proposed conductor installation on Platform Harmony. NMFS acknowledged BSEE's request by citing the intra-service biological opinion that they had prepared for NMFS issuance of an Incidental Take Authorization (IHA) under the Marine Mammal Protection Act for the same activity (NMFS 2014).

<u>Species and Impacting Factors Considered in Past Consultations</u>

All formal ESA consultations with NMFS have considered the effects of offshore oil and gas development on the blue whale (*Balaenoptera musculus*), fin whale (*B. physalus*), sei whale (*B. boralis*), humpback whale (*Megaptera novaeangliae*), sperm whale (*Physeter catodon*), gray whale (*Eschrichtius robustus*), north Pacific right whale (*Eubalaena glacialis*), olive ridley sea turtle (*Lepidochelys olivacea*), green sea turtle (*Chelonia mydas*), loggerhead sea turtle (*Caretta caretta*), and the leatherback sea turtle (*Dermochelys coreacea*).

To be thorough, NMFS occasionally added evaluation of a non-listed species to a formal consultation. Monoplacophoran (*Vema hyalina*), a small deep water mollusk, was never proposed for listing but was included in one opinion (NMFS 1981). The Guadalupe fur seal (*Arctocephalus townsendi*) and northern fur seal (*Callorhinus ursinus*) were first included as candidate species in 1984 (NMFS 1984). The Guadalupe fur seal was subsequently listed as threatened and considered in subsequent opinions whereas the northern fur seal was not listed.

NMFS species listed after all platforms were installed include the steelhead trout (*Oncorhyncus mykiss*), white abalone (*Haliotis sorenseni*), black abalone (*Haliotis cracherodii*), and the green sturgeon (*Acipenser medirostris*). BOEM and BSEE informally consulted with NMFS on these species as new actions were identified. To date, no offshore oil and gas activities have been determined to have a likely adverse effect on these species.

The threat of oil spills, noise associated with drilling and production platforms, crew boats, helicopters, facility abandonment (decommissioning), and collisions between vessels and endangered species, figured prominently in early consultations.

In these earlier consultations, the gray whale was considered to be at greatest risk because virtually the entire population migrated through offshore oil and gas production areas in California twice a year. The north Pacific right whale was considered to be the most vulnerable species because of its extraordinarily small population size but this rarity reduced the likelihood that offshore oil and gas activities in southern California would affect this species. Similarly, all four species of sea turtle were considered rare visitors to southern California, reducing

2

Case 2:16-cv-08418-PSG-FFM    Document 43-2    Filed 04/03/17    Page 6 of 61    Page ID #:581

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

opportunities for interaction with offshore oil and gas activities. The remaining whale populations were considered to be widely dispersed with some individuals visiting southern California on a seasonal basis.

Recommendations in the early consultations focused primarily on gathering information about potential impacts to gray whale migration and staging of oil spill response equipment to reduce potential effects of an oil spill. MMS responded by funding studies of gray whale migration (MMS 1989) and working with industry to stage oil spill response equipment for maximum effectiveness. Construction and operation of offshore oil and gas facilities in California has had no apparent effect on gray whale migration patterns and the gray whale was delisted in 1994.

**RANGE AND SCOPE OF FUTURE BOEM AND BSEE ACTIONS FOR EXISTING OFFSHORE OIL AND GAS FACILITIES IN THE SOUTHERN CALIFORNIA PLANNING AREA**

The range and scope of reasonably foreseeable future BOEM and BSEE (Bureaus) actions has been significantly reduced over the last 30 years. Lease sales and major construction activities identified in existing biological opinions have either been completed or abandoned. There are no plans to conduct new lease sales at this time and no new platforms are expected to be installed in the foreseeable future. Emphasis has shifted from leasing new areas to maximizing the development of oil and gas resources within the range of existing platforms and infrastructure. This programmatic biological assessment describes the current and expected level of activities associated with the continued development and production of oil and gas reserves within the Southern California Planning Area and reexamines potential effects on endangered and threatened species under NMFS jurisdiction.

This assessment is intended to supplement and combine earlier assessments and endangered species consultations for routine oil and gas development activities that are currently underway or are reasonably foreseeable in the Southern California Planning Area. The Bureaus will continue to coordinate with NMFS on future actions as they are considered in the Pacific Region. This on-going coordination may confirm that an action is included within the scope of this programmatic assessment or that additional consultation would be required. For example, decommissioning of offshore facilities is discussed in this document but the Bureaus anticipate that project specific coordination and consultation will be necessary when a detailed decommissioning plan is submitted.

<u>Description of the Southern California Planning Area</u>

The Bureaus' Southern California Planning Area extends from the Monterey/San Luis Obispo County line southward to the Mexican border and includes waters from 3-200 miles from shore. For the purpose of this biological assessment, the Southern California Planning Area is considered the action area for potential effects on endangered and threatened species.

As of March 2017, there are 41 active producing leases in the Southern California Planning Area with 23 Federal platforms and 213 miles of pipelines that transport oil and gas to shore. Since 1963, more than 1,450 exploration and development wells have been drilled in this area with more than 1.3 billion barrels of oil and 1.8 trillion cubic feet of natural gas produced through September 2016. There are now fewer than 400 active development wells at any given time and this number is not expected to change substantially in the foreseeable future. Approximately 260

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 7 of 61   Page ID #:582

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

million barrels of oil and 540 billion cubic feet of natural gas are estimated to remain in oil and gas fields within reach of existing platforms in the Southern California Planning Area.

Oil production rates peaked at more than 200,000 barrels per day in1996 and have declined in subsequent years to a production rate of about 50,000 barrels per day. Since May 2015, oil production has been temporarily reduced to about 17,000 barrels per day as the result of an onshore pipeline failure.

Gas production has followed a similar declining trend with a production rate of about 77 million cubic feet per day. Gas production has also been affected by the 2015 onshore pipeline failure resulting in a temporary rate of about 13 million cubic feet per day.

Overall, offshore oil and gas production in the Southern California Planning Area is expected to continue to decline gradually over time with drilling and production activities continuing as long as oil and gas can be produced in paying quantities.

<u>BOEM/BSEE Actions and Activities</u>

Brief descriptions of bureau actions and associated activities are provided below. They are listed in a roughly chronological order from leasing of the outer continental shelf to decommissioning (removal) of offshore oil and gas facilities including the bureau responsible approving each activity. We do not expect all of these actions and activities to occur in the foreseeable future. We will continue to coordinate and consult with NMFS on future actions that are not considered ripe for consultation at this time.

(1)    LEASE SALES AND ISSUANCE OF LEASES (BOEM)

A primary BOEM function is the sale and issuance of Outer Continental Shelf leases for energy development; however, in the Southern California Planning Area no oil and gas leases have been offered since 1984. From 1984-2008, Congressional and Presidential moratoriums were in effect that prohibited oil and gas lease sales offshore California. Although these moratoriums were either rescinded or allowed to expire, planning areas offshore California are not included in BOEM's 2017-2022 leasing program.

*Projected Activity*. There are no plans to conduct oil and gas lease sales or issue new leases in the Southern California Planning Area and therefore we are not considering future leasing actions in this biological assessment.

(2)    APPROVAL OF OIL AND GAS EXPLORATION PLANS AND GEOLOGICAL AND GEOPHYSICAL PERMITS

<u>Exploration Plans</u>. Upon issuance of a lease, drilling of exploratory wells and associated activities are subject to BOEM-approved exploration plans [30 CFR 550.201]. Since 1963, 295 exploration wells have been drilled in the Southern California Planning area with the last exploratory well completed in 1989 (MMS 1992). These exploratory wells were drilled using jack-up rigs, mobile offshore drilling units (MODUs) or ships. Currently there are no active exploration plans or exploratory drilling activities occurring in the Southern California Planning Area.

<u>Geological and Geophysical Survey Permits</u>. BOEM requires permits for geological and geophysical (G&G) surveys conducted for the purpose of collection of oil, gas or sulphur data on the Outer Continental Shelf whether they be for exploration or scientific research [30 CFR

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 8 of 61   Page ID #:583

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

551.4]. G&G surveys are generally exploratory in nature and may include high energy seismic surveys. G&G surveys that precede leasing (or are otherwise off lease) require a permit. G&G activities on an existing lease, to further delineate known oil and gas production fields, for example, are authorized through the lease instrument or exploration plans rather than through permits. In the Southern California Planning Area, the most recent G&G permit was issued by MMS in 1995. In 1999, the California State Lands Commission (CSLC), MMS and NMFS finalized a coordinated process for future review of G&G permit applications in the geographic area extending from the Monterey Bay National Marine Sanctuary south to the Mexican border in State and Federal waters (CSLC and MMS, 1999). This High Energy Seismic Survey (HESS) review process was the result of a two-year consensus-building effort among stakeholders including NMFS. In this process, NMFS was identified as the lead agency for ESA consultations for high energy seismic surveys in recognition of their requirement to issue Incidental Harassment Authorizations (IHAs) under the Marine Mammal Protection Act.

*Projected Activity.* BOEM does not anticipate new exploration plans to be submitted in the absence of leasing program for the Southern California Planning Area, which is not reasonably foreseeable at this time. Likewise, requests for BOEM to permit G&G surveys in the Southern California Planning Area are not anticipated. Accordingly, we are not considering G&G surveys in this biological assessment. Should a G&G permit be requested, we expect to coordinate and cooperate with NMFS as agreed upon in the Pacific Region's HESS process plan.

(3)    APPROVAL OF OIL AND GAS DEVELOPMENT AND PRODUCTION PLANS AND PLAN REVISIONS (BOEM)

Offshore oil and gas development and production activities must be conducted in accordance with plans approved by BOEM [30 CFR 550.201]. The content and level of detail for development and production plans in the Southern California Planning Area have varied over time but all describe proposed infrastructure (e.g., platforms, pipelines and power cables), activities and general strategies for production of oil and gas. A number of day-to-day production and development activities, described below, are components of plans.

Discharges and Emissions. BOEM regulations require operators to submit a copy of their application for a National Pollutant Discharge Elimination System (NPDES) permit from the Environmental Protection Agency (EPA) with their development and production plans [30 CFR 550.248]. BSEE regulations prohibit unauthorized discharges of pollutants into offshore waters [30 CFR 250.300]. Fluid and solid discharges from Federal oil and gas development and production facilities in southern California are authorized by EPA under general NPDES permit CAG 280000. This permit authorizes 22 types of discharges from all Federal offshore platforms in southern California including drilling muds and cuttings; produced water; well treatment, completion and workover fluids (including fluids associated with hydraulic fracturing and acidization); deck drainage; sanitary wastes and domestic wastes; non-contact cooling water; and fire control test water (EPA 2014). In 2013, EPA Region 9 re-evaluated the potential effects of these discharges on ESA listed species and critical habitat for the offshore lease blocks considered active by BOEM. They concluded that readily available evidence supports the conclusion that the discharges would have no effect on endangered or threatened species. They forwarded their conclusion to NMFS and received no comments (EPA 2013).

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 9 of 61   Page ID #:584

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

BOEM air emission information requirements for development and production plans are found at 30 CFR 550.249. In the Southern California Planning Area, responsibility for air quality management is delegated by EPA to local air quality control boards that monitor and enforce air quality requirements for offshore oil and gas development and production. BOEM and BSEE work with the local air quality control boards to ensure that their requirements are met.

<u>Support Vessel and Operator Aircraft Activity</u>: Day-to-day offshore oil and gas development and production operations require routine personnel and equipment transfers. Crew and supply boats depart the coast approximately 30 times per day along pre-determined routes from Seal Beach Pier (public pier, Orange County), Terminal Island (Port of Los Angeles), Port Hueneme, Carpinteria Pier (private pier, Santa Barbara County) and Ellwood Pier (private pier, Santa Barbara County) to nearby offshore platforms. Approximately 3-4 helicopter trips per day are used to transport personnel from the Santa Maria Airport to platforms north of Point Conception. Larger pieces of equipment and certain support services (e.g., commercial dive services) are mobilized from the Port of Long Beach, the Port of Los Angeles, Port Hueneme and, to a limited extent, Santa Barbara Harbor.

*Projected Activity.* All major construction activities, under approved development and production plans in the Southern California Planning Area, have either been completed or are no longer being considered. We do not anticipate new development and production plans to be submitted in the absence of a leasing program but existing plans may be revised or supplemented if substantive changes are made. BOEM's regulations at 30 CFR 550.283 provide specific instances where revisions to development and production plans are necessary: 1) Change in the type of drilling, production facility or oil/gas transportation mode; 2) Change in the location of a drilling or production facility; 3) Change in the type of production or significant increase in production volume or oil storage capacity; 4) Increased air emissions exceeding the amount specified in the development and production plan; 5) Significant increase in solid or liquid wastes handled or discharged; 6) Request for new hydrogen sulfide area classification; 7) Change in location of onshore support base from one State to another or expansion of a support base; or, 8) Change in other activity as specified by the Regional Supervisor.

Although we cannot predict what revisions may be requested, we are reviewing the effects of the ongoing discharges, emissions, vessel use, and aircraft use taking place under existing development and production plans in this assessment.

(4)   APPROVAL OF APPLICATIONS FOR PERMIT TO DRILL AND APPLICATIONS FOR PERMIT TO MODIFY (BSEE)

General plans for drilling for oil and gas are included in exploration plans and development and production plans approved by BOEM. However, drilling of individual wells must be reviewed and approved by BSEE [30 CFR 250.410]. An Application for Permit to Drill (APD) is used to approve drilling specifications for new wells, new sidetrack wells, and bypasses or deepening of existing wells. Drilling of new wells may also include the installation of conductors which establish a conduit from the deck of the platform to the sea floor.

An Application for Permit to Modify (APM) is required when an approved APD is revised or materially changed [30 CFR 250 subpart D]. Well completion and workover operations, for example, are conducted to establish, maintain or restore production of a well and are generally approved with an APM [30 CFR 250 subparts E and F]. These operations may include hydraulic

6

Ex. 2, Page 8

fracture treatments and other well stimulation techniques (e.g., acidization) that are designed to enhance recovery of oil and gas resources. BSEE may also issue well completion or workover field rules to modify specific requirements [30 CFR 250.512 and 30 CFR 250.612].

Well Stimulation Treatments: BSEE may authorize several types of well stimulation treatments through their approval of an APD or APM. These include:

Diagnostic Fracture Injection Tests – A diagnostic fracture injection test is used to estimate key reservoir properties and parameters that are needed to optimize a main fracture job. It is a short duration procedure that involves the injection of typically less than 100 bbl of fracturing fluid at pressures high enough to initiate a fracture. Key parameters are estimated from the fluid volume injected and the pressure dissipation profile. The fluid used in a diagnostic fracture injection test is typically the fluid that would be used in the main fracture treatment but with no proppant[1] added, thus allowing the fracture to close naturally as pressure is released.

Hydraulic Fracturing – Hydraulic fracturing involves the injection of a fracturing fluid at a pressure (as typically determined by a diagnostic fracture injection test) needed to induce fractures within the producing formation. The process generally proceeds in three sequential steps: (1) injection of a fracturing fluid without proppant to create fractures which extend out from the well; (2) injection of a slurry of fracturing fluid and proppant; and (3) injection of breakers, chemicals added to reduce the viscosity of the fracturing fluid. Upon release of pressure, the fracturing fluid is allowed to flow back (the flowback fluid) to the surface platform. Key fluid additives include polymer gels which increase the viscosity of the fluid and allow it to more easily carry proppant into the fractures, crosslinker compounds that help further increase the fluid viscosity, and breaker chemicals which break down the crosslinked polymers and allow them to return more readily to the surface after fracturing is completed. Other important additives may include pH buffers, clay control additives, microbial biocides, and surfactants to aid in fluid recovery. In offshore applications, the base fracturing fluid is filtered seawater.

Acid Fracturing – Acid fracturing is similar to hydraulic fracturing except that instead of using a proppant to keep fractures open, an acid solution is used to etch channels in the rock walls of the fractures, thereby creating pathways for oil and gas to flow to the well. As with a hydraulic fracturing well stimulation treatment, a pad fluid is first injected to induce fractures in the formation. Next, the acid fracturing fluid is injected at pressures above the formation fracture pressure and allowed to etch the fracture walls. The acid fracturing fluid is typically gelled, cross-linked, or emulsified to maintain full contact with the fracture walls. Fifteen percent hydrochloric acid (15% HCl) solutions are typically used in carbonate formations such as limestone and dolomite, while hydrofluoric acid (HF) solutions and HCl/HF mixtures are used in sandstone and Monterey shale formations and in other more heterogeneous geologic formations, typically at levels of 12% and 3%, respectively. The fracturing fluid typically also includes a variety of additives at a combined concentration on the order of 1% or less, such as inhibitors to prevent corrosion of the steel well casing, and sequestering agents to prevent formation of gels or iron precipitation which may clog the pores.

Matrix Acidizing – In matrix acidizing, a non-fracturing treatment, an acid solution, is injected into a formation where it penetrates pores in the rock to dissolve sediments and muds. By

---

[1] A proppant is a solid material, typically sand, treated sand, or man-made ceramic materials, designed to keep an induced fracture open during or following a fracture treatment.

dissolving these materials, existing channels or pathways are opened and new ones are created, allowing formation fluids (oil, gas, and water) to move more freely to the well. Matrix acidizing also removes formation damage around a wellbore, which also aids oil flow into the well. The acid solution is injected at pressures below the formation fracture pressure and is thus a non-fracturing treatment. Three distinct fluids are commonly used sequentially: (1) an HCl acid preflush fluid; (2) a main acidizing fluid generated from mixing HCL and ammonium bifluoride to produce an HCl/HF mud acid at typically 12% and 3%, respectively (some operations use mud acid while some operations primarily use 15% HCl); and (3) an ammonium chloride overflush fluid. The acidizing fluid also includes a variety of additives at a combined concentration of on the order of 1% or less, similar to those used in acid fracturing.

Installation of Well Conductors: BSEE may authorize installation of conductors with an APD. Conductors are large pipes that carry oil and gas from the sea floor to the deck of an offshore platform. They are inserted through "slots" in the platform structure that guide and support this component of a well. The majority of the conductors are installed when a platform is constructed but some slots may be left empty with a conductor being installed at a later date. Installation of a conductor may require impact, vibratory or rotary methods to drive the conductor into the sea floor thus making this operation analogous to a pile-driving operation.

The dimensions of the conductors, equipment used, specific location and timing are important variables when considering potential sound impacts. Where sound is expected to affect marine mammals an incidental harassment authorization will be required and NMFS will conduct an ESA consultation when specific information for a project becomes available. We expect to cooperate with NMFS in the preparation of ESA consultation documents as conductor installation projects are proposed.

*Projected Activity*. BSEE expects to review and approve approximately 1-2 new and 5-7 sidetrack wells (APDs) and 2-4 well workovers and up to 5 well stimulation treatments (APMs) per year in the Southern California Planning Area. Issuance of APDs for conductors installations are driven by availability of open slots and operator drilling plans. Requests for conductor installations are expected to be sporadic.

Of the more than 1,450 exploration and development wells that have been drilled in Federal waters on the Pacific Outer Continental Shelf between 1982 and 2014, there have been only 21 hydraulically fractured completions, and these were conducted on only 4 of the 23 platforms in the Southern California Planning Area. Three of these were in the Santa Barbara Channel, and the fourth was in the Santa Maria Basin. Only three matrix acidizing treatments, defined as well stimulation treatments, occurring in OCS waters during a similar time frame (between 1985 and 2011) have been identified in records, and these were conducted on only 2 of the 23 platforms.

Given the past occurrence of well stimulation treatments in the Southern California Planning Area and the indicated plans for industry known at this time, we expect up to five well stimulation requests per year. This estimate is conservative in its approach, given that this potentially overestimates the potential for impacts since there is no year on record where five well stimulation treatments were approved. However, given the small number of operating platforms and the current level of oil and gas activities, a higher number of well stimulation treatments proposed in a single year is not reasonably foreseeable.

(5)   APPROVAL OF PIPELINE INSTALLATIONS AND PIPELINE MODIFICATIONS (BSEE)

Installation, modification or abandonment of offshore oil and gas pipelines requires approval by BSEE [30 CFR 250.1000]. All planned pipelines in the Southern California Planning Area have been installed. BSEE does occasionally receive requests for pipeline repair and/or replacement of existing pipelines.

*Projected Activity*. No pipeline applications are pending or expected at this time, however, we will continue to coordinate and consult with NMFS as pipelines applications are received and when specific information (e.g. location, timing, methods and equipment requirements) for a project proposal becomes available.

(6)   BSEE INSPECTION PROGRAM – HELICOPTER FLIGHTS (BSEE)

BSEE inspectors are on duty every day of the year to ensure compliance with BOEM and BSEE requirements. BSEE maintains a contract for helicopter services for flights from Camarillo Airport to offshore platforms. Average flight usage over the last five years has been 45,000 to 50,000 miles per year. BSEE minimizes flight time by inspecting platforms in proximity to each other or dropping off inspectors at closer platforms before continuing to outlying platforms. Flight time is divided among all the facilities, but flight time to individual facilities can vary greatly depending on activity levels or complexity of the inspection mission and proximity of the platform to Camarillo Airport. Helicopter flight paths are generally over water but can vary dependent on weather conditions. Unless safety (e.g., poor visibility) is an issue, transit flight heights are generally maintained at levels greater than 500 feet. Note that BSEE inspectors may also use operators' crew boats to access the offshore facilities. These boats make regularly scheduled transits to platforms and are addressed under the Support Vessel and Operator Aircraft section above. BSEE inspectors never use an operator's helicopter to access platforms.

*Projected Activity*. The BSEE inspection program is expected to be active as long as oil and gas is produced offshore. Helicopter use is expected to continue at a level comparable to past years – 45,000 to 50,000 miles per year.

(7)   BSEE INITIATED OIL SPILL RESPONSE EQUIPMENT EXERCISES (BSEE)

BSEE is expected to ensure that offshore operators have oil spill response plans and that they are prepared to implement these plans should an oil spill occur. To meet this expectation, BSEE periodically directs operators to deploy industry-owned oil spill response equipment listed in their response plans. For any given exercise, equipment deployed may include oil spill boom, mechanical skimmers, response vessels, oil storage equipment, aircraft and marker buoys as described below:

Oil Spill Boom – Booms are floating, physical barriers to oil, made of plastic, metal, or other materials, which slow the spread of oil and keep it contained. While booms can be seen above the waterline, they may have between 18 and 48 inches of material known as a "skirt" that hangs beneath the surface. The largest sizes of boom are used for offshore responses. Containment boom comes in lengths of 500 feet or more and can be connected together into lengths reaching 1,500 feet. Depending on the cleanup tactic being exercised, boom can be deployed directly from

9

a facility by its assigned small boats[2] or by an oil spill removal organization (OSRO) deployed to the scene. For offshore operations boom may be deployed to completely encircle the platform. It may also be deployed in various configurations (i.e., U-shape, V-shape, J-shape) by one to three vessels coordinating their operations to simulate tactics for corralling spilled oil. When boom is deployed in the U-shaped, V-shaped, or J-shaped configurations, it is often done so in conjunction with a deployment of mechanical skimming device(s). For nearshore[3], boom designed for oil diversion or exclusion from sensitive areas can be of various shapes and lengths. Depending on the environmental conditions (i.e., sheltered harbor, fast currents) different boom sizes, means of floatation, and their means of inter-connection will need to be evaluated and selected. Boom deployed in nearshore and on-shore environments generally are moored in place with the use of anchor and weight systems or onshore staking.

Mechanical Skimmers – Skimmers are mechanical devices that remove free floating or corralled oil from the surface of the water. Depending on the specific model these devices can pump anywhere from 100 gallons per minute (gpm) to 1000 gpm. Two general types are commonly used in the Pacific Region. Weir skimmers come in several configurations and essentially work like a dam. The weir is adjusted to a height when deployed where oil floating on the water is drawn over the top of the dam at a collection inlet and store in a compartment connected to a pump inside the skimmer. Oleophilic surface skimmers are constructed with materials that attract oil and repel water. The material is incorporated into belts, disks, mop chains, or brushes which are squeezed or scraped in the skimmer to collect oil into various storage devices. Both types of skimmers can be constructed as a permanent part of a vessel's physical design or to float free from a vessel. For offshore oil cleanup, weir and oleophilic skimmers are generally deployed and maneuvered by vessels through an oil slick to actively collect the oil. For example, a vessel can extend a short length of boom on a fixed arm (side collector) to herd oil to an inlet leading to a skimmer. As the vessel moves forward, oil is forced to accumulate in the apex of the boom where the skimmer is located, thereby concentrating the oil by increasing the amount of oil relative to water at the skimmer. Skimmers can also be deployed at an opening at the apex of two booms being towed between two vessels to recover oil that is forced into the apex. In this configuration, the collected oil is typically pumped to a storage barge or other vessel with containment tanks stationed near the apex.

Response Vessels – Self-propelled vessels stationed specifically at offshore facilities or provided by an oil spill response organization can engage in a variety of spill response activities. They serve as platforms to deploy and maneuver boom and mechanical skimmers, ferry equipment and personnel, conduct spill surveillance, apply dispersants, and to tow temporary oil storage devices and barges. Vessels used for these activities range in size from 12-ft skiffs to 207-ft oil spill response vessels. Some vessels used for spill response can achieve speeds up to 30 knots. They are usually dispatched within the first hour of a deployment exercise and achieve their highest speeds when transiting to the site of the simulated spill. Once on scene, vessels generally transit at very low speeds (0 to 5 kts) to conduct spill response operations.

---

[2] Presently, six of the Federal platforms and four platforms in state waters have boom stored onboard. The remaining facilities rely on boom supplied by an oil spill response organization.
[3] Nearshore, defined for the purposes of this document, is the ocean outside of the surf zone and within 1 mile of shore.

Oil Storage Equipment – Towable temporary oil storage devices are designed to hold and transport recovered oil from a spill site. They are made of rubber or polymer-coated fabrics of various weights and designs and have capacities that range from a few gallons to more than 300,000 gallons. There are three types of towable temporary oil storage devices in use today. The first is a towable, rectangular-shaped, pillow tank, similar to those used on land (i.e., emergency potable water storage), but equipped with special tow rigging. The second type is a towable flexible tank, or "bladder," which is long and cylindrical in shape. When full, it is largely submerged and is characterized by flexibility along the length of the device. The third type of device is a towable open tank, an inflatable barge-type vessel with an open-top storage bag suspended inside the main structure. In addition to the temporary oil storage devices, metal or inflatable barges (sometimes called mini-barges) designed for temporary oil storage can be towed or pushed by a vessel during an exercise. These barges generally have a maximum storage capacity of 250 bbls and can be of various lengths.

Aircraft – Helicopters are versatile platforms that can be used for a number of spill response activities. During an exercise, they may be launched from the local Santa Barbara area to demonstrate remote sensing capabilities or simulate dispersant application in a designated offshore area. For the latter activity, helicopters equipped with 32-ft sprayer arms or suspended 250-gal buckets would fly over the exercise area and discharge water to simulate dispersant application. Helicopters may also be deployed in an exercise to drop an incendiary device such as a Heli torch to practice in-situ burn operations. However, it is anticipated that the latter exercise activity would be seldom performed and if conducted, would not involve a device that was actually ignited. Similar to rotary wing assets, fixed wing assets may be deployed in exercises to demonstrate remote sensing and dispersant application activities. For exercises in the Pacific Region, a King Air BE90 aircraft in Concord, CA and a C-130 aircraft in Mesa, AZ could be activated to conduct a coordinated simulated dispersant application operation. In such an exercise, BSEE would request the activation of both assets so that the King Air could provide spotter information to the pilots of the C-130 as the latter aircraft sprayed water in simulated dispersant application runs. This type of coordinated air operations would occur during an actual spill response and BSEE would use an exercise to evaluate the response times and effectiveness of the coordinated operations by the OSRP plan holder. Aerostats are balloon-like systems that are self-contained, compact platforms that can deploy multiple sensor payloads and other devices into the air. They can generally lift payloads less than 50 pounds and up to 500 ft into the air using a winch-controlled launch and recovery system from a vessel or platform. They are used to survey the extent of an oil spill and provide responders with real-time data to better guide operations.

Marker Buoys – Buoys may be used to demarcate the location of the simulated oil slick. They usually have a weighted, cone-shaped buoy body with a vertically extending narrow, fiber glass pole topped with a highly visible flag. Response vessels are to "capture the flag" to show success in a drill.

*Projected Activity*. Based on the number of oil spill response plans currently overseen by BSEE in the Pacific Region, normally three BSEE initiated oil spill exercises involving table-top scenarios and/or equipment deployments are conducted annually. However, more than three exercises may be initiated by BSEE if an owner/operator needs to be retested or if new oil spill response plans are approved in the Region. Equipment deployments during an exercise generally

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 15 of 61   Page ID #:590

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

occur for a few hours and rarely longer than a day. BSEE will rarely initiate nighttime equipment deployment for safety reasons unless a low visibility response capability of an owner/operator needs to be evaluated. When mechanical skimmers are deployed and operated during an exercise, they are typically done so for approximately ten minutes to ensure that they are working properly. BSEE personnel will observe the operation of these devices and generally will be satisfied with their performance when the skimmers are sufficiently drawing and discharging water from and to the marine environment.

(8)   DECOMMISSIONING (BSEE)

During exploration, development, and production operations. The seafloor around activity sites within a proposed lease sale area becomes the repository of temporary and permanent equipment and structures. The structures are generally grouped into two main categories depending upon their relationship to the platform/facilities. (i.e., piles, jackets, caissons, templates, mooring devises, etc.) or the well (i.e., wellheads, casings, casing stubs, etc.)

All 23 existing offshore platforms and associated pipelines in the Southern California Planning Area will be decommissioned after oil and gas reserves have been produced. BSEE approves permanent plugging of wells, full or partial removal of platforms and pipelines, and site clearance activities [30 CFR Subpart Q]. Offshore operators are required to submit applications for decommissioning to the BSEE Pacific OCS Region at least two years prior to ceasing oil and gas production.

Decommissioning of each platform may take more than a year of deconstruction effort depending on the size of the platform, location and availability of equipment. First, all wells will be permanently abandoned and well conductors and casings severed a minimum of 15 feet below the sea floor. Later, oil and gas processing equipment and deck modules (e.g., living quarters) will be removed and shipped to shore for disposal. The decks and supporting platform jacket (legs and cross members) will then be cut into smaller pieces for removal. A derrick barge with 500 to 2000 ton lift capacity will be required for lifts at the platform site along with one or more 300-400 foot cargo barges to transport recovered materials to shore.

A varied assortment of severing devices and methodologies has been designed to cut structural targets during the course of decommissioning activities. These devices are generally grouped and classified as either non-explosive or explosive, and they can be deployed and operated by divers, ROVs, or from the surface. Which severing tool the operators and contractors use takes into consideration the target size and type, water depth, economics, environmental concerns, tool availability, and weather conditions.

Nonexplosive severing tools are used for a wide array of structure and well decommissioning targets in all water depths. Based on 10 years of historical data (1994-2003) from the Gulf of Mexico, nonexplosive severing is employed exclusively on about 37% of platform removals per year. Common nonexplosive severing tools consist of abrasive cutters, diver cutting (e.g., underwater arc cutters and the oxyacetylene/oxy-hydrogen torches), and diamond wire cutters. Many removals in the Gulf of Mexico use explosive technologies either as a prearranged strategy or as a backup method.

Because of concerns over the use of explosives, current decommissioning cost projections for the Southern California Planning Area consider only the use of nonexplosive severing tools for

disassembly of platform components; however, the use of explosives cannot be completely ruled out given safety concerns that may arise when considering cuts of this magnitude.

Explosive severance tools can be deployed on almost all structural and well targets in all water depths. Historically, explosive charges are used in about 63% of decommissioning operations in the Gulf of Mexico, often as a backup cutter when other methodologies prove unsuccessful. Explosives work to sever their targets by using (1) mechanical distortion (ripping), (2) high velocity jet cutting, and (3) fracturing or "spalling."

Mechanical distortion is best exhibited with the use of explosives such as standard and configured bulk charges. If the situation calls for minimal distortion and an extremely clean severing, then most contractors rely upon the jet-cutting capabilities of shaped charges. In order to "cut" with these explosives, the specialized charges are designed to use the high-velocity forces released at detonation to transform a metal liner (often copper) into a thin jet that slices through its target. The least used method of explosive severing in the Gulf of Mexico is fracturing which uses a specialized charge to focus pressure waves into the target wall and use refraction forces to spall or fracture the steel on the opposing side.

Offshore oil and gas facilities removed from state waters in California have required both nonexplosive and explosive devices. Devices to be used for the future removal of federal oil and gas facilities in the Southern California Planning Area have yet to be proposed.

Seafloor electrical cables running to shore will be completely removed (pulled onto a vessel) and pipeline segments in less than 200 feet of water will be removed up to the state water boundary. Other sections of pipeline in federal waters will be cleaned and abandoned in place or removed. The fate of pipeline segments in state waters will be determined by the California State Lands Commission.

After all decommissioning work is completed and the structure is salvaged, operators are required to perform site-clearance work to ensure that the sea floor of their lease(s) have been restored to pre-lease conditions. Based upon requirement found in 30CFR subpart Q, operators have the option of either trawling with commercial nets or conducting diver/high resolution sonar surveys of the lease site.

Detailed hypothetical decommissioning scenarios for individual platforms are described in BSEE's "Decommissioning Cost Update for Pacific OCS Region Facilities" (BSEE 2015).

Partial removal of offshore platforms is a possibility. BSEE supports and encourages the reuse of obsolete oil and gas structures as artificial reefs and is a cooperating agency in the implementation of the National Artificial Reef Plan. In California, any proposed reefing is subject to State legislation that would allow this activity. Structure removal permit applications requesting a departure from decommissioning regulations under the Rigs-to-Reefs Policy (BSEE Interim Policy Document 2013-07) undergo technical and environmental reviews. The policy document details the minimum engineering and environmental standards that operators/lessees must meet to be granted approval to deploy a structure as an artificial reef. Conditions of approval are applied as necessary to minimize the potential for adverse effects to sensitive habitat and communities in the vicinity of the structure and proposed artificial reef site. Additionally, structures deployed as artificial reefs must not threaten nearby structures or prevent access to oil and gas, marine minerals or renewable energy resources.

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 17 of 61   Page ID
#:592

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

*Projected Activity*. Currently, no decommissioning applications for the Southern California Planning Area have been submitted. At this time, we are unable to reasonably predict when or where specific decommissioning activities will occur or describe specific activities that have yet to be proposed. This assessment provides a general overview of potential impacts associated with decommissioning. We expect to conduct additional consultations with NMFS after decommissioning applications are received and detailed descriptions of proposed activities are available.

## POTENTIAL EFFECTS, NMFS ENDANGERED SPECIES

Existing offshore oil and gas production activities in the Southern California Planning Area produce anthropogenic sound, discharge liquid waste products (toxicity), create potential risk for collision and may result in accidental oil spills.

Anthropogenic Sound

Concerns about anthropogenic sound in the marine environment have increased in recent decades. Transportation, drilling and production, and decommissioning activities typically produce multi-spectral sound that may be detected by endangered and threatened species. The source level of a sound produced by activities such as these is described as the amount of radiated sound at a particular frequency and distance, usually 1 m from the source, and is commonly expressed in dB re 1 μPa. Much of the following discussion is derived from the detailed review of the sounds produced by offshore activities in Richardson et al. (1995).

*Crew and Supply Boat Noise.* Crew and supply boats are used daily to transport personnel and supplies to platforms offshore southern California. Support vessels for activities in the Santa Barbara Channel and Santa Maria Basin operate out of bases in the Santa Barbara Channel; support vessels traveling to and from the four platforms in San Pedro Bay operate out of Long Beach. Support vessels in the Pacific Region, including both crew and supply boats, have averaged approximately 16 trips per week per platform (Bornholdt and Lear 1995, 1997). However, actual vessel traffic in the Region varies among units; the Point Arguello platforms average as few as 6 supply trips per month, while crew and supply boat trips in the eastern Santa Barbara Channel are much more frequent. Worldwide, vessels are the major contributors to overall background noise in the sea (Richardson et al., 1995). Sound levels and frequency characteristics are roughly related to ship size and speed. The dominant sound source is propeller cavitation, although propeller "singing," propulsion machinery, and other sources (auxiliary, flow noise, wake bubbles) also contribute. Vessel noise is a combination of narrowband tones at specific frequencies and broadband noise. For vessels the approximate size of crew and supply boats, tones dominate up to about 50 Hz. Broadband components may extend up to 100 kHz, but they peak much lower, at 50-150 Hz.

Richardson et al. (1995) give estimated source levels of 156 dB for a 16-m crew boat (with a 90-Hz dominant tone) and 159 dB for a 34-m twin diesel (630 Hz, 1/3 octave). Broadband source levels for small, supply boat-sized ships (55-85 m) are about 170-180 dB. Most of the sound energy produced by vessels of this size is at frequencies below 500 Hz. Many of the larger commercial fishing vessels that operate off southern California fall into this class.

*Aircraft Noise.* Offshore southern California, helicopters are another means of crew transport on and off platforms. OCS helicopter traffic in the Pacific Region operates primarily out of Santa Maria, Lompoc, and Santa Barbara airports. BSEE inspectors use the Camarillo airport as a base

14

of operations for their helicopter activities. During the past decade, helicopters have averaged approximately 3 to 5 trips per week per platform (Bornholdt and Lear 1995, 1997). Most of this traffic is to and from platforms in the western Santa Barbara Channel and Santa Maria Basin.

Air-to-water transmission of sound is very complex (Richardson et al., 1995). An understanding of underwater sound from any aircraft depends on 1) the receiver depth, and 2) the altitude, aspect, and strength of the source.

The concept of a one-meter sound source means very little when discussing aircraft sound production, and an altitude of 300 m is the usual reference distance (Richardson et al., 1995). The angle of incidence at the water surface is very important—much incident sound is reflected at angles greater than 13 degrees from the vertical. This 26-degree "cone" of sound is defined physically by Snell's Law and influenced by sea conditions. Water depth and bottom conditions also strongly influence the propagation and levels of underwater sound from passing aircraft; propagation is attenuated in shallow water, especially when the bottom is reflective (Richardson et al., 1995).

The rotors are the primary sources of sound from helicopters (Richardson et al., 1995). The rotation rate and the number of blades determine the fundamental frequencies. Fundamental frequencies are usually below 100 Hz, with most dominant tones below 500Hz. These are primarily harmonics of the main and tail rotor blade rates, although other tones associated with engines and other rotating parts may also be present.

Richardson et al. (1995) present an estimated source level for a Bell 212 helicopter of about 150 dB at altitudes of 150-600 m, with the dominant frequency a 22-Hz tone with harmonics. Elsewhere a source level of 165 dB is presented for broadband helicopter noise (frequencies 45-7070 Hz).

Generally, peak received levels occur as the aircraft passes directly overhead and are directly related to altitude and depth. However, when the aircraft is not passing directly overhead, received levels may be stronger at "midwater" depths. Helicopters tend to radiate more sound forward. Duration is variable. For example, a Bell 214 was audible in air for 4 minutes before passing, for 38 seconds at 3-m depth, and for 11 seconds at 18 m.

*Offshore Drilling and Production Noise.* Richardson et al. (1995) cite a single source of information on the levels of noise produced by platform-based drilling activities. Gales (1982) recorded noise produced by drilling activities on platforms offshore California. The noises produced were so weak that they were nearly undetectable "even alongside the platform" in sea states of Beaufort 3 or better. No source levels were computed, but the strongest received tones were very low frequency, about 5 Hz, at 119-127 dB re 1 μPa. The highest frequencies recorded were at about 1.2 kHz.

Noise produced by production activities on platforms is relatively weak, because a small surface area of a platform is actually in contact with the water and because the machinery is placed on decks well above the water line (Richardson et al., 1995). Gales (1982) measured noise from production activities on platforms offshore California. Sounds recorded from platforms were very low in frequency, about 4.5-38 Hz measured at 9-61 m. Platforms powered by gas turbines produced more tones than platforms with at least partial shore power. Peak recorded sound spectra were between 50-200 or 100-500 Hz.

*Conductor Installation Sound ('Pile Driving')*. Sound production and propagation from pile driving operations is highly variable and depends on the hammer type, materials used, depth of the piling operation and the substrate. Sound verification studies performed for a "typical" conductor installation using pile driving techniques at Platform Harmony found that the majority of underwater sound energy was concentrated at frequencies below 2 kHz and that there was a profound surface shadowing effect that reduced sound levels at 25 meters depth by 10-15 dB (MacGillivary and Schlesinger 2014). The near-surface sound pressure levels 160 dB re 1 μPa at distances as close as 300 meters. Data collected during this study were used to update sound propagation models and derive underwater injury protection (exclusion) zones of 9 meters for 190 dB re 1 μPa and 54 meters for 180 dB re 1 μPa. This is just an example; the current practice is to perform site-specific analyses for each project as it is proposed.

*Explosive Sound*. As noted earlier, current decommissioning cost projections for the Southern California Planning Area consider only the use of nonexplosive severing tools for disassembly of platform components; however, the use of explosives cannot be completely ruled out. Sound associated with explosives may result in injury or death of marine biota in close proximity to the detonation of explosives and sound energy from explosions may travel great distances. The magnitude of effect to endangered species will depend on the type/size of explosive charges, mode of detonation, depth of water, geographic location and timing of explosive activities.

Discharge of Liquid Waste Products (Toxicity)

Produced water discharges from offshore oil and gas development activities, including discharges that may contain well stimulation treatment chemicals, may affect listed species through direct contact or ingestion of contaminated food. EPA discharge permits (e.g. NPDES General Permit CAG280000) consider the properties of chemicals that may be discharged and their dilution rates in the open ocean. In some cases, chemical reactions also play a role in measuring potential effects. For example, acids used for well stimulation treatments undergo chemical reactions downhole that return in well flowback as a non-acidic component.

In general, high dilution rates of discharged fluids and the very limited time any individual listed marine mammal and sea turtle may spend near a platform minimize potential direct exposure effects (BSEE/BOEM 2016). Field studies have shown that the concentrations of trace metals and hydrocarbons in the tissues of fishes around production platforms are within background levels (Continental Shelf Associates 1997) limiting potential for exposure by ingestion of contaminated prey. Acute or chronic effects of produced water discharges on benthic organisms and fish species have not been observed and are not expected to affect the available prey base for listed marine mammals or sea turtles.

Collision Hazard

*Crew and Supply Boat Collision.* As noted earlier, crew and supply boats are used daily to transport personnel and supplies to platforms offshore southern California. Support vessels for activities in the Santa Barbara Channel and Santa Maria Basin operate out of bases in the Santa Barbara Channel; support vessels traveling to and from the four platforms in San Pedro Bay operate out of Long Beach. During the past decade, support vessels in the Pacific Region, including both crew and supply boats, have averaged approximately 16 trips per week per platform (Bornholdt and Lear 1995, 1997). However, actual vessel traffic in the Region varies

among units, the Point Arguello platforms average as few as 6 supply trips per month, while crew and supply boat trips in the eastern Santa Barbara Channel are more frequent.

The Santa Barbara Channel/Santa Maria Basin Oil Service Vessel Traffic Corridor Program is intended to minimize interactions between oil industry operations and commercial fishing operations as well as reduce potential for wildlife strikes (e.g. migrating gray whales). It was developed cooperatively by the two industries through the Joint Oil/Fisheries Liaison Office. In addition to providing transit corridors in and out of area ports, the program routes support traffic along the Channel seaward of an outer boundary line. East of Gaviota, the outer boundary is defined by the 30-fathom line; west of Gaviota, and north of Point Conception as far as Pedernales Point, it follows the 50-fathom line. In the area west of Gaviota, the 50-fathom line is 4 km (2 nm) or more offshore.

Oil Spills (Indirect Effect)

*Oil Spill Risk Assessment.* For the purposes of this biological assessment, BOEM does not consider oil spills to be a *direct* effect of the action, given they are neither authorized nor intended to occur. BOEM does, however, concur that certain smaller oil spills (50 bbl or less) could be an *indirect* effect of the action, as defined under ESA regulations, given they are caused by the proposed action and are later in time, but still are reasonably certain to occur. This biological assessment therefore provides scenario and other information related to smaller accidental oil spills in Appendix A.

In the case of low-probability catastrophic spills, such as the 2010 Deepwater Horizon blowout and oil spill in the Gulf of Mexico, BOEM does not consider this category of spill to be an effect of the action, as defined under the ESA implementing regulations at 50 CFR §402.02, given (1) it is not an anticipated result of the proposed action and (2) it is not reasonably certain to occur since POCSR fields are mature and the majority of reservoirs have low to no pressure which require artificial lift to access the oil.

In the course of normal, day-to-day platform operations, small accidental discharges of hydrocarbons may be reasonably foreseeable. The largest oil spill in the Pacific Outer Continental Shelf Region (POCSR) occurred in 1969, when a loss of well control occurred on *Platform A*, offshore Santa Barbara, California which spilled an estimated 80,000 barrels (bbl) into the Santa Barbara Channel (Van Horn et al. 1988). The largest oil spill in the POCSR since 1969 was the 164 bbl *Platform Irene* pipeline spill in September 1997. Since 1969, a cumulative total of 919 barrels over a 44-year period has been spilled (Appendix A, Table A-1; TIMS spill volume report run December 29, 2014). Of the 48 oil spills greater than one bbl in the POCSR (1970-2014), only five measured 50 bbl or more in volume (Appendix A, Table A-1) The average oil spill size in the POCSR for all years is 57 bbl (1963-2014). In the "50 to less than 1,000 bbl" spill range the average oil spill size is 103 bbl. In the "1-50 bbl" range the average oil spill size is 7.11 bbl. [4] As shown in Appendix 1, Table A-1, 3.4% (49 of 1435) of the total recorded spills between 1970 and 2014 were greater than one bbl, spilling 827.7 bbl of oil into the ocean.

---

[4] From 1996 to 2010, the overall OCS average spill size in the size range of "50 to less than 1,000 bbl" is 186 bbl (Anderson et al., 2012).

Given these data, the analysis presented in Appendix A, and the experience in the Pacific Region over the last 40 years, BOEM estimates the maximum most likely spill volume for the Pacific Region is 200 bbl.

Operators must report any spill that is 1 bbl or greater in the Southern California Planning Area. The development of more stringent regulations, implementation of rigorous inspection programs, imposition of civil and criminal penalties, and changes in equipment and procedures have all contributed to a safer work environment. Most recently, BSEE has promulgated regulations that require offshore operators to develop safety and environmental management systems which are intended to foster a corporate culture of environmentally responsible and safe working conditions.

The current knowledge of the geology and understanding of reservoir characteristics in the Southern California Planning Area is well advanced. Drilling techniques and equipment have improved and drilling into these mature fields is generally considered to be low risk. The Southern California Planning Area has experienced significant changes in the status of the oil and gas fields being developed and produced. Reservoir pressures have dropped to near zero in the majority of the fields now in production. In these cases, secondary[5] or tertiary[6] recovery methods are being used to force oil to the surface. The risk of a loss of well control (a blowout) resulting in a spill is exceedingly small under these conditions.

Table 1.   Estimated mean number of spills and spill occurrence probability for the "50 to less than 1,000 bbl" size range using oil spill data from POCSR operations (1963-2011). Anticipated POCSR Production is 0.4073 Bbbl (0.292 [BSEE July 2014] + 0.0957 [Tranquillon Ridge] + 0.0035 [Electra Field] + 0.0161 [Carpinteria State] = 0.4073 Bbbl).

| POCS Spill data (1963-2014) | Spill Rate (2012*) | Estimated Mean Number of spills | Probability of 1 or more spills |
|---|---|---|---|
| Spills ≥ 50 to < 1,000 | | | |
| Platforms & Pipelines | 4.57 | 1.86 | 84.4 % |

Bbbl = billions of barrels        *spill rate calculation methodology: Anderson et. al., 2012

Taking into account these factors, the overall risk of an oil spill occurring has declined over time in the Southern California Planning Area. This said, other factors such as human error or equipment failure play a role in risk of an oil spill and small spills are likely to continue as long as oil is being produced.

BOEM calculated oil spill rates for the Pacific Region using oil spill data (1963-2014; Appendix A; Table A-1) and cumulative production from the Pacific Region. BOEM estimated the number of oil spills and the probability of one or more spills that could occur as a result of ongoing activities in the Southern California Planning Area in the "50 to less than 1000 bbl" size-range using Pacific Region oil spill rates. Oil spill occurrence is calculated as a function of the total amount of oil that could be economically produced in the Southern California Planning Area. We estimate, in the "50 to less than 1,000 bbl" size-range, there will be 1.86 spills with an 84.4%

---

[5] Secondary refers to the reinjection of water or gas produced from the reservoir in order to push oil to the surface.
[6] Tertiary refers to the addition of chemicals designed to increase oil flow within a well.

probability of occurrence for the remaining oil that could be economically produced from the Southern California Planning Area (Table 1).

Table 2.     Estimated means and spill occurrence probabilities POCSR analyses using all US OCS Spill Data (1996-2010). Anticipated POCSR production is 0.4073 Bbbl.

| US OCS Spill Data (1996-2010) | Spill Rate (2012*) | Estimated Mean Number of Spills | Probability of 1 or More Spills |
|---|---|---|---|
| Spills ≥ 50 to < 1,000 | | | |
| Platforms & Pipelines | 12.88 | 5.24 | 99.5% |
| Spills ≥ 1000 | | | |
| Platforms | 0.25 | 0.10 | 9.7% |
| Pipelines | 0.88 | 0.36 | 30.1% |
| Total | 1.13 | 0.46 | 36.9% |

Bbbl = billions of barrels.       * Source: Anderson et. al., 2012

For comparison, BOEM calculated oil spill probabilities using oil spill rates derived from all United States Outer Continental Shelf (US OCS) operations (1996-2010) and the total amount of oil that could be economically produced in the Southern California Planning Area (Anderson et. al., 2012). Using spill rates based on all US OCS Operations (1996-2010), the probability of one or more spills occurring in the Pacific Region for the "50 to less than 1,000 bbl" size range is 99.5%. The lower probability (84.4%) of spills in the "50 to less than 1,000 bbl" size range using POCSR oil spill data is reflective of the lower number of oil spills throughout POCSR production history. Using spill rates based on all US OCS operations (1996-2010), the probability of one or more spills occurring in the greater than 1,000 bbl size range is 36.9% (Appendix A, Table A-3). This is a conservative estimate based on overall US OCS operations. For the greater than 1,000 bbl size range, we did not calculate oil spill rates with only POCSR data due to the limited dataset (1 spill > 1,000 bbl occurred in 1969). A spill of this size would be an unlikely event in the POCSR since POCSR fields are mature and the majority of reservoirs have low to no pressure which requires artificial lift to access the oil.

Oil spill probability estimates are conservative given POCSR's:

- oil spill history,
- long established drilling program,
- producing from mature fields with lower pressure,
- no floating drilling rigs,
- no new platforms being installed, and
- all oil is transported via pipelines.

*Oil Spill Trajectory Analysis.* Oil spill trajectory modeling was conducted to determine the movement and fate of spilled oil if a spill occurred in the Southern California Planning Area from existing offshore oil and gas operations. The BOEM examined two available models: BOEM Oil Spill Risk Analysis (OSRA) and National Oceanic & Atmospheric Administration (NOAA) Office of Response & Restoration's General NOAA Operational Modeling Environment (GNOME). GNOME was developed by the Emergency Response Division (ERD) of NOAA's Office of Response and Restoration. This information can be used in conjunction

19

with data from the oil spill risk assessment to provide perspective on the potential for exposure to spilled oil.

The OSRA model calculates numerous trajectories for hypothetical oil spills from pre-designated launch points by varying the wind and ocean current fields. Contact was evaluated in a grid encompassing the entire ocean region as well as grids located along the shoreline (Appendix A, Figure A-1; MMS 2000a). Percent contact for a grid section is calculated by OSRA (e.g., Appendix A, Figures A-2 and A-3). The OSRA trajectories are volume-independent and only show where oil would travel given that a spill occurred.

The BOEM ran the GNOME model in three oceanographic regimes (see Appendix A, Section A.5). Releases were modeled for three wind directions correlated with the ocean current flow regimes. The GNOME model takes ocean currents and wind into account. The contacts displayed in Figures A-4 – A-8 are only for a limited set of meteorological conditions (Appendix A, Table A-5) and are not intended to encompass all of the wind conditions that could be present during a spill scenario. GNOME model outputs provide an overall picture of where oil may travel if an oil spill occurred from one of the launch points.

*SOUTHERN CALIFORNIA PLANNING AREA*

Six platforms were chosen as launch points because they are distributed throughout the geographic range of existing offshore operations as follows:

- *Santa Maria Basin* - Platforms Irene and Hidalgo;
- *Santa Barbara Channel* - Platforms Harmony, Hillhouse and a group in the eastern Channel (Gail, Grace, Gilda and Gina); and
- *San Pedro Bay* - Platform Elly.

*Santa Maria Basin*

Platform Irene. The models show that areas of the coastline from the Santa Maria River mouth to Gaviota and the northern Channel Islands were most likely to be affected by an oil spill from Platform Irene. (Appendix A, Figures A-2A-C and A-4 and A-5). The OSRA analysis for Platform Irene displays the highest probability (50-60%) of oil contacting land at Point Arguello and a 10-20% chance of contact at San Miguel Island (Appendix A, Figure A-2A). GNOME modeled spilled oil traveled from Platform Irene to as far north as San Luis Obispo Bay and off the coast of Montana De Oro State Park. The northern-most mainland contact is just south of Pismo Beach at Guadalupe-Nipomo Dunes NWR (Appendix A, Figure A-4).

Platform Hidalgo. The models estimated oil contacting land around Point Arguello and San Miguel Island. The Hidalgo OSRA analysis displays a 20-30% probability of oil contacting Point Arguello and a 10-20% chance of contact at San Miguel Island (Appendix A, Figure A-2B). The GNOME model estimates land fall around Point Conception, Santa Rosa Island and Santa Cruz Island. The GNOME model also estimates oil traveling further north up the coast to Point Sal and toward San Luis Obispo Bay (Appendix A, Figure A-5).

*Santa Barbara Channel*

Platform Harmony: The models show that areas of coastline from Vandenberg Air Force Base to Santa Barbara County and northern coastlines of the Channel Islands are most likely to be affected by an oil spill from Platform Harmony. Platform Harmony OSRA analysis displays a

20

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 24 of 61   Page ID
#:599

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

20-30% chance of oil contacting the mainland Gaviota coast and San Miguel Island and a 10-20% chance of oil contacting Santa Rosa and Santa Cruz Islands (Appendix A, Figure A-2C), while the GNOME model runs estimate oil landing as far north as Point San Luis (Appendix A, Figure A-6).

Platform Hillhouse:The OSRA model estimates a 30-40% probability of oil contacting mainland Santa Barbara and a 10-20% probability that oil will travel along the mainland as far north as the Gaviota coast and as far south as Ventura as well as out toward Anacapa Island (Appendix A, Figure A-3A), while the GNOME estimates oil traveling as far west as Santa Barbara and Point Conception (Appendix A, Figure A-7).

*Eastern Santa Barbara Channel*

Platforms Grace, Gail, Gina, Gilda (modeling within a similar area): A spill modeled in OSRA from Platform Grace displays a 40-50% probability that oil will contact the east end of Anacapa Island and a 30-40% probability that it will contact the entire island. There is a 20-30% probability of contacting Port Hueneme and Santa Cruz Island and a 10-20% probability of contacting the mainland as far north as Goleta and as far south as Point Mugu (Appendix A, Figure A-3B). The GNOME model for Platform Gail estimates landfall from mainland Santa Barbara to south of Ventura Harbor in Oxnard and out to Anacapa Island (Appendix A, Figure A-8).

*San Pedro Basin*

Platform Elly: The OSRA model output estimates spilled oil to primarily stay within the San Pedro Bay and travel south along the mainland to Oceanside (Appendix A, Fig A-3C). The OSRA analysis for the Beta Unit, Platform Elly, displays a 40-50% probability of oil contacting the mainland from Huntington Beach to Newport Beach and a 10-20% probability of oil traveling as far north as Alamitos Bay and as far south as Oceanside. No trajectory runs were conducted using GNOME because GNOME, as configured for this study, was limited to the geographic area of the Santa Barbara Channel and just north of Point Conception.

<u>Oil Spill Response.</u> BSEE regulations at 30 CFR Part 254 require that each OCS facility have a comprehensive Oil Spill Response Plan (OSRP). Response plans consist of an emergency response action plan and supporting information that includes an equipment inventory, contractual agreements with subcontractors and oil spill response cooperatives, worst-case discharge scenario, dispersant use plan, in-situ burning plan and details on training and drills. The Coast Guard is the lead response agency for oil spills in the coastal zone and coordinates the response using a Unified Command (UC), consisting of the affected state and the Responsible Party (i.e., the entity responsible for spilling and/or remediating the oil) in implementing the Incident Command System (ICS) if an oil spill occurs. Oil spill drills, either agency-lead or self-lead by a lessee/operator/contractor, also use the UC/ICS. California's Office of Spill Prevention and Response (OSPR) assumes the role of the State on-scene coordinator and plays a significant role in managing wildlife operations in the Southern California Planning Area as the state's Natural Resource Agency.

BSEE requires companies that operate in the OCS to have the means to respond to a worst-case discharge from their facilities. Many companies meet this requirement by becoming members of Oil Spill Removal Organizations (OSRO). Since 1970, oil companies operating in the Santa

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 25 of 61   Page ID #:600

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

Barbara Channel and Santa Maria Basin have funded and operated a non-profit OSRO called Clean Seas (www.cleanseas.com). Clean Seas acts as a resource to its member companies by providing an inventory of state-of-the-art oil spill response equipment, trained personnel, training and expertise in planning and executing response techniques. Clean Seas personnel and equipment are on standby, ready to respond to an oil spill, 24 hours a day.

The Marine Spill Response Corporation (MSRC) is the other U.S. Coast Guard-classified OSRO based in Long Beach (www.msrc.org). MSRC is a nation-wide OSRO with multiple responder-class oil spill response vessels and oil spill response barges. They are also equipped to respond to an oil spill 24 hours a day.

Clean Seas and MSRC are both equipped and prepared to respond to oil spill threats to sensitive shoreline areas through the detailed and up-to-date information on sensitive areas and response strategies from the Los Angeles/Long Beach Area Contingency Plan (https://www.wildlife.ca.gov/OSPR/Preparedness/LA-LB-Spill-Contingency-Plan) and the California OSPR (https://www.wildlife.ca.gov/OSPR).

All the OSROs in the Pacific Region are able to respond to oil spills using a variety of "tools in the tool box." These tools include mechanical recovery systems (e.g., booms, skimmers, storage devices, etc.), dispersants and, rarely, if ever, in-situ burning. Most oil recovery or remediation tools fall into these categories. In the event of a spill, as noted above, the US Coast Guard, California's Office of Oil Spill Prevention and Response and the Responsible Party will form the Unified Command and begin to make decisions as to how best respond to the spill in the most efficient manner, using the available tools. Dispersants and in-situ burning are used only after members of the Unified Command as well as trustee agencies are consulted. Neither of these tools have ever been used in the Pacific Region, although the OSROs are prepared to do so.

Fate and Effects of Oil. When an oil spill occurs, many factors determine whether that oil spill will cause significant, long lasting biological effects; comparatively little damage or no damage; or some intermediate degree of effect. Among these factors are the type, rate, and volume of oil spilled, geographic location, and the weather and oceanographic and meteorological conditions at the time of the spill. These parameters determine the quantity of oil that is dispersed into the water column; the degree of weathering, evaporation, and dispersion of the oil before it contacts a shoreline; the actual amount, concentration, and composition of the oil at the time of shoreline or habitat contact; and a measure of the toxicity of the oil. Additionally, the level of oil spill preparedness, rapidity of response, and the cleanup methods used can also greatly influence the overall impact levels of an oil spill.

In the event of an accidental oil spill, a slick forms and part of the slick begins evaporating while the action of breaking waves forms oil droplets that are dispersed into the water column. Oil in the Southern California Planning Area ranges from very heavy (API 12) to very light (API 39). Light oil has a rapid evaporation rate and is soluble in water. Light crude oils can lose up to 75% of their initial volume within a few days of a spill (NRC 2003). In contrast, heavy oil (API <22) has a negligible evaporation rate and solubility in water.

Depending on the weight of the oil spilled and the environmental conditions (i.e., sea state) at the time of a spill, six to 60% of oil during an oil spill would sink and be in the water column or on the seafloor in the vicinity of the spill (Arthur D. Little 1984). This is supported by a recent study of natural oil seeps at Coal Oil Point in the Santa Barbara Channel that range in depth from six to

67 meters offshore of Goleta, CA (Leifer et al. 2006) and are assumed to release 100 bbl/day (Farwell et al. 2009). The distribution of heavy oil in a surface slick in the Santa Barbara Channel is primarily influenced by surface currents and falls out of the slick over a period of 0.4 to 5 days (Leifer et al., 2006).

A 200 bbl spill could oil several kilometers of coastline. The likely result would be patches of light to heavy tarring of the intertidal zone resulting in localized effects to contacted biological communities. The recovery time for these communities would depend on the environment. Within several months, natural processes will remove the oil from the rocks and beaches in these high energy rocky coasts, while low energy lagoons and soft-sediment embayments can retain stranded oil residue for several years.

Oil in the marine environment can, in sufficient concentrations, cause adverse impacts to fishes (NRC 1985; GESAMP 1993). The effects can range from direct mortality to sublethal effects that inhibit growth, longevity, and reproduction. Benthic macrofaunal communities can be heavily affected, as well as intertidal communities that provide food and cover for fishes.

The field observations of an oil spill's effects on the marine environment are taken mostly from very large oil spills that have occurred throughout the world over the past three decades. There is an 84.4-percent probability 1.86 spills in the 50-1,000-bbl size range would occur in the Southern California Planning Area during the remaining production period. Based on the distribution of past spill sizes, it is estimated that such a spill probably would be less than 200 bbl in volume. In perspective, the *Exxon Valdez* spilled about 36,000 tonnes (~270,000 bbl) of crude oil into Prince William Sound and the *Sea Empress* released 72,000 tonnes (~540,000 bbl) of crude oil off southwest Wales. The *American Trader* spilled about 416,000 gallons (~10,000 bbl) of crude oil offshore Huntington Beach, California. Most recently, in September 1997, a rupture in a 20-inch offshore pipeline emanating from Platform Irene resulted in the discharge of at least 6,846 gallons (163 bbl) of crude oil off the Santa Barbara coast. The spill resulted in the fouling of approximately 17 miles of coastline, and caused impacts to a variety of natural resources, including seabirds, sandy and gravel beach habitats, rocky intertidal shoreline habitats, and use of beaches for human recreation.

**NMFS ESA LISTED SPECIES AND CRITICAL HABITAT – Status, effects and determinations**

In this section, we consider the current status of NMFS listed species and potential effects of existing offshore oil and gas operations on these species. We also reaffirm or revise our effect determinations for each species based on currently available information.

A summary of our determinations for NMFS ESA listed species is provided in Table 3 and supplemental discussion for each species is provided below.

23

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

Table 3: Summary of Determinations for NMFS ESA Listed Species

| Common Name | Scientific Name | Potential Impacting Factors | Determination for Ongoing Activities | Comments |
|---|---|---|---|---|
| Blue Whale | *Balaenoptera musculus* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | See discussion below |
| Fin Whale | *Balaenoptera physalus* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | Little Spatial Overlap |
| Humpback Whale | *Megaptera novaeangliae* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | See discussion below |
| North Pacific Right Whale | *Eubalaena glacialis* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | Little or No Spatial Overlap |
| Sei Whale | *Balaenoptera borealis* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | Little or no Spatial Overlap |
| Sperm Whale | *Physeter catodon* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | Little or No Spatial Overlap |
| Western Gray Whale | *Eschrichtius robustus* | Noise, Collision, Oil Spill | Not Likely to Adversely Affect | Little or No Spatial or Temporal Overlap |
| Guadalupe Fur Seal | *Arctocephalus townsendi* | Oil spill | Not Likely to Adversely Affect | Little Spatial Overlap |
| Leatherback Sea Turtle | *Dermochelys coriacea* | Collision, Oil Spill | Not Likely to Adversely Affect | Little Spatial or Temporal Overlap |
| Loggerhead Sea Turtle | *Caretta caretta* | Collision, Oil Spill | Not Likely to Adversely Affect | Little or No Spatial Overlap |
| Green Sea turtle | *Chelonia mydas* | Collision, Oil Spill | Not Likely to Adversely Affect | See discussion below |
| Olive Ridley Sea Turtle | *Lepidochelys olivacea* | Collision, Oil Spill | Not Likely to Adversely Affect | Little or No Spatial Overlap |
| Green Sturgeon | *Acipenser medirostris* | Oil spill | Not Likely to Adversely Affect | Little or No Spatial Overlap |
| Steelhead Trout | *Oncorhyncus mykiss* | Oil spill | Not Likely to Adversely Affect | See discussion below |
| White Abalone | *Haliotis sorenseni* | Oil spill | Not Likely to Adversely Affect | See discussion below |
| Black Abalone | *Haliotis cracherodii* | Oil spill | Not Likely to Adversely Affect | See discussion below |

24

Blue Whale (*Balaenoptera musculus*)

The blue whale was listed as a federal endangered species on June 2, 1970 [35 FR 8495]. Critical habitat has not been designated for this species. The blue whale recovery plan was finalized in 1998, (NMFS, 1998). The primary reason for listing was a severe worldwide population decline due to intensive commercial whaling. The current population worldwide remains unknown; however, the eastern north Pacific population, which frequents the waters off California, has been estimated to be about 1,500 individuals (NMFS 2014a).

All of our formal ESA consultations with NMFS included the blue whale. Consultations prior to 1986 concluded that blue whales were not likely to be affected by offshore oil and gas activities. This was based in part on the observation that blue whales were traveling through the area and not staying for extended periods of time. The abundance of blue whales along the California coast has increased over the last few decades with several hundred animals coming to forage in southern California during summer and fall of each year. Most of this stock is believed to migrate south to spend winter and spring in high productivity areas off Baja California and on the Costa Rica Dome (NMFS 2014a).

The seasonal increase in blue whale abundance in southern California is concurrent with existing offshore oil gas operations suggesting that the sound produced from these facilities has not impeded use of the area. There have been no incidents of blue whales being struck by industry support vessels and observations of blue whales along established vessel corridors between shore bases and offshore facilities are rare. Consultations with NMFS in 2000 and 2008 (NMFS 2000, NMFS 2008) concluded that "large whales, particularly blue and humpback whales, may be temporarily displaced from their foraging grounds due to the presence of oil spill response vessels and aircraft during oil spill cleanup." However, "the chance of a spill is remote, thus making impacts discountable and that the effect of a spill, should one occur, is minor and that no take should occur, thus the impacts on individuals is insignificant." The risk of an oil spill has not changed since 2008. The chance of a spill is still remote and spill volume will likely be less than 200 barrels. We have therefore determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the blue whale.

Fin Whale (*Balaenoptera physalus*)

The fin whale was listed as a federal endangered species on June 2, 1970 [35 FR 8495]. Critical habitat has not been designated for this species. The most recent fin whale recovery plan was published in 2010 (NMFS, 2010). The primary reason for listing was a severe worldwide population decline due to intensive commercial whaling. The minimum population estimate for the California/Oregon/Washington stock of fin whales is about 2,600 individuals (NMFS 2014a). Past consultations with NMFS concluded that few fin whales are found in areas of the Southern California Planning area where oil and gas are being produced and, therefore, activities associated with offshore oil and gas production would not likely affect fin whales.

Fin whales are sighted in the Santa Barbara Channel, although they generally occur farther offshore and in waters south of the northern Channel Island chain (Leatherwood et al. 1987; Bonnell and Dailey, 1993). Given this species' relative rarity in areas of existing offshore oil and gas production, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not

likely to adversely affect fin whales. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Humpback Whale (*Megaptera novangliae*)

The humpback whale was listed as a federal endangered species on June 2, 1970 [35 FR 8495]. Critical habitat has not been designated for this species. The humpback whale recovery plan was published in 1991 (NMFS, 1991). The primary reason for listing was a severe worldwide population decline due to intensive commercial whaling. Like blue whales, humpback whales have increased in abundance over the last several decades with several hundred animals coming to forage in southern California each year (NMFS 2014a). Worldwide, humpback whale populations appear to be increasing and NMFS initiated a status review for the species in 2009 [74 FR 40568]. In 2016, NMFS identified 14 distinct population segments (DPS) for the humpback whale [81 FR 62260]. Each segment's endangered species status was reevaluated and some segments were delisted. Humpback whales found in the Southern California Planning Area may be part of either the Mexico DPS (listed as threatened) or the Central America DPS (listed as endangered).

The seasonal increase in humpback whale abundance in southern California is concurrent with existing offshore oil gas operations suggesting that the sound produced from these facilities has not impeded use of the area. There have been no incidents of humpback whales being struck by industry support vessels. Consultations with NMFS in 2000 and 2008 (NMFS 2000, NMFS 2008a) concluded that "large whales, particularly blue and humpback whales, may be temporarily displaced from their foraging grounds due to the presence of oil spill response vessels and aircraft during oil spill cleanup." However, "the chance of a spill is remote, thus making impacts discountable and that the effect of a spill, should one occur, is minor and that no take should occur, thus the impacts on individuals [are] insignificant." The risk of an oil spill has not changed since 2008. The chance of a spill is still remote and spill volume will likely be less than 200 barrels. We have therefore determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the humpback whale.

North Pacific Right Whale (*Balaena japonica*)

In 2008, NMFS reclassified the northern right whale as two separate endangered species – the North Pacific right whale and the North Atlantic right whale [73 FR 12024]. The north Pacific right whale (referred as *Eubalaena glacialis* in early opinions) was considered in all past NMFS biological opinions. These opinions concluded that although any effect to a few individual Pacific right whales could jeopardize the species, no historically important habitat existed off California and Pacific right whales were never abundant off the west coast. The North Pacific right whale continues to be one of the rarest species in the world with the majority of sightings occurring in the Bering Sea and adjacent areas of the Aleutian Islands (NMFS 2013). The eastern population of Pacific Right whales is estimated to consist of 30 individuals (NMFS 2014b). Given this species scarcity in California, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the north Pacific right whale. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Sei Whale (*Balaenoptera borealis*)

The Sei whale was considered in all past biological opinions prepared by NMFS. This species is rarely seen in California. Only 9 confirmed sightings of sei whales were made in California, Oregon and Washington during extensive ship and aerial surveys conducted between 1991 and 2008 (NMFS 2014). Given this species relative scarcity in California, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the Sei whale. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Sperm Whale (*Physeter catodon*)

The sperm whale was considered in all past biological opinions prepared by NMFS. This species is widely distributed and may be found year round in California (NMFS 2014). Sperm whales are often associated with deep water areas well offshore of the coast and are rarely observed in the vicinity of existing oil and gas facilities. Given this species relative scarcity in vicinity of southern California oil and gas activities, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the sperm whale. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Gray Whale, Western North Pacific Distinct Population Segment (*Eschrichtius robustus*)

The western North Pacific population of gray whales continued to be considered endangered after the eastern North Pacific population was de-listed in 1994 [59 FR 31094]. The western North Pacific population is found along the coasts of Russia and China but recent photo identification and satellite telemetry work has confirmed that a few animals photographed/tagged in western North Pacific joined members of the eastern North Pacific population on their migration to breeding lagoons in Mexico [79 FR 58914]. NMFS maintains that the western North Pacific population is genetically distinct and has begun to include the western North Pacific population in consultations for the Pacific coast of the United States. Visually, it is impossible to differentiate between western and eastern whales but western North Pacific Gray whales are expected to be rare visitors to the Southern California Planning Area. We have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect western North Pacific gray whales.

Guadalupe Fur Seal (*Arctocephalus townsendi*)

Past consultations concluded that the Guadalupe fur seal was not likely to be adversely affected because the low probability of an oil spill and the fact that the majority of the population was well outside the project area. Prior to 19th century harvest, this species ranged from Monterey Bay California to the Revillagigedo Islands, Mexico (NMFS 2014a). Since being listed in 1985 [50 FR 51252], Guadalupe fur seals have significantly increased in number but they continue to breed and pup mainly on Guadalupe Island, Mexico. In recent years several Guadalupe fur seals have been consistently observed at San Miguel Island. In 1997 a pup was observed at San Miguel Island but no other pups were observed until 2008. In several of the years since 2008, one to two pups have been observed (Delong pers. com. 2012). Given this species relative

27

scarcity in southern California, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the Guadalupe fur seal. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Leatherback Sea Turtle (*Dermochelys coreacea*)

In all past biological opinions, the leatherback sea turtle was considered a rare visitor to southern California and effects were considered minimal. The leatherback sea turtle was listed on June 2, 1970 [35 FR 8495]. The recovery plan for the Pacific populations of leatherback sea turtles was issued in 1998 (NMFS and FWS 1998). Leatherbacks may be the most common species of sea turtle in the Southern California Planning Area but they continue to be rarely seen. NMFS's 2008 biological opinion for offshore oil and gas activities concluded that no adverse impacts on leatherbacks were expected (NMFS 2008a). Circumstances have not changed since 2008. We have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the leatherback sea turtle.

Designated critical habitat for leatherback sea turtles was revised in 2012 to include the waters offshore Washington state and portions of the Oregon and California coast [77 FR 4170]. These areas were recognized for their importance as leatherback foraging habitat. In California, critical habitat extends from Point Arena to Point Arguello, overlapping the northern edge of the Southern California Planning Area. Occurrence of prey species, primarily scyphomedusae (jellyfish), is the only primary constituent element identified for leatherback critical habitat. In the critical habitat rule, NMFS identified oil spill response (e.g. use of dispersants) as an activity that may impact prey availability in critical habitat areas. We do not expect oil spills from offshore facilities in the Southern California Planning Area to affect prey availability for leatherback sea turtles. Continuation of existing oil and gas development and production activities in the Southern California Planning Area is not expected to result in the destruction or adverse modification of designated critical habitat for leatherback sea turtles.

Loggerhead Sea Turtle (*Caretta caretta*)

The loggerhead sea turtle was considered in all past biological opinions prepared by NMFS. In all cases, loggerhead sea turtles were considered a rare visitor to southern California and any effects to the species were considered minimal. The worldwide range of this species was originally listed as threatened in 1978 [43 FR 32800]. In 2011, NMFS split the listing designation into nine distinct population segment [76 FR 58868]. Loggerhead sea turtles that may be found in southern California are presumed to be members of the North Pacific Ocean distinct population segment which is now listed as endangered. Within the North Pacific, loggerhead sea turtle nesting has only been documented in Japan with juveniles and adults traveling around the Pacific, north of the equator, to forage [76 FR 58868]. Important foraging areas have been identified off the coast of Baja Sur, Mexico but none are apparent in southern California although loggerheads may move up the Pacific coast during El Nino events following pelagic red crabs, a preferred prey species [76 FR 58868]. Given this species relative scarcity in southern California, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not

28

likely to adversely affect the loggerhead sea turtle. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Green Sea Turtle (*Chelonia mydas*)

The green sea turtle was considered in all past biological opinions prepared by NMFS. In all cases, green sea turtles were considered a rare visitor to southern California and any effects to the species were considered minimal. The worldwide range of this species was listed as threatened on July 28, 1978 with the exception of Florida and Mexican Pacific coast breeding populations which were listed as endangered [43 FR 32800].

In recent years, San Diego Bay has been identified as a foraging area for green sea turtles (NMFS 2007a) and a few green sea turtles are regularly seen in Orange County near the San Gabriel River. Turtles foraging in San Diego Bay likely benefited from warm water effluent associated with the South Bay Power Plant. This plant ceased operation on January 1, 2011 and was decommissioned. None of the existing offshore oil and gas activities are in the vicinity of San Diego Bay and there are no known interactions between sea turtles and existing operations in the Orange County area. We have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect green sea turtles. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Olive (a.k.a. Pacific) Ridley Sea Turtle (*Lepidochelys olivacea*)

The olive ridley sea turtle was considered in all past biological opinions prepared by NMFS. In all cases, they were considered a rare visitor to southern California and any effects to the species were considered minimal. The olive ridley is currently one of the most abundant species of sea turtles in the world although breeding populations on the Pacific coast of Mexico continue to be listed as endangered (NMFS and FWS 2007b). California appears to be at the extreme northern range for the species but individuals have been documented as far north as Alaska. Given this species relative scarcity in California, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the olive Ridley sea turtle. This determination is consistent with our most recent consultations with NMFS (NMFS 2000, NMFS 2008a).

Green Sturgeon (*Acipenser medirostris*)

The southern distinct population segment of the North American green sturgeon was listed as threatened in 2006. Specifically, the southern distinct population segment includes "all spawning populations of green sturgeon south of the Eel River (exclusive), principally including the Sacramento River green sturgeon spawning population" [71 FR 17757]. Critical habitat for the southern distinct population segment was finalized in 2009 and includes coastal marine areas (to a depth of 60 fathoms) and specified riverine, estuarine and marsh areas from Monterey Bay, California, north to the Canadian border [74 FR 52300]. Between the Mexican border and Monterey Bay, green sturgeon from the southern distinct population segment may be present but this has not been confirmed (NMFS 2009b). Acoustically tagged fish from the southern distinct population segment have not been detected south of Monterey Bay but a total of 4 green sturgeon, of unidentified origin, have been reported through fishing interactions in southern

29

California, with the first sighting recorded in 1941 and the last sighting recorded in 1993 (NMFS 2009b).

In 2010, NMFS published a "4d" rule exempting some forms of take for green sturgeon [75 FR 30714]. NMFS concluded that the southern distinct population segment of the green sturgeon is at risk of extinction primarily because of "elimination of freshwater spawning habitat, degradation of freshwater and estuarine habitat quality, water diversions, fishing, and other causes". Given the relative scarcity of green sturgeon in the southern California, the lack of any apparent threats to green sturgeon from existing offshore oil and gas development and production activities, and the lack of any effects on designated critical habitat for the species, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the southern distinct population segment of the green sturgeon. Continuation of existing oil and gas development and production activities in the Southern California Planning Area will not result in the destruction or adverse modification of designated critical habitat for green sturgeon.

Steelhead Trout (*Oncorhyncus mykiss*)

The Southern California Evolutionarily Significant Unit (ESU) of west coast steelhead as was listed as endangered and the South-Central California Coast ESU as threatened on October 17, 1997 [63 FR 32996]. Critical habitat for this species was designated in September 2005 [70 FR 52488].

We have examined NMFS's 5-year review of for southern California coast steelhead (NMFS 2011b). Total abundance of steelhead in the South-Central Coast ESU is extremely low and declining. Risk factors for this ESU are fresh water habitat deterioration due to sedimentation, and flooding related to land management practices and potential genetic interaction with hatchery rainbow trout. In recent consultations, NMFS (NMFS 2000, NMFS 2008a) concluded offshore oil and gas activities may affect but would not likely adversely affect steelhead trout because they are found in low numbers within the Southern California Planning Area and that the likelihood of contact with a small accidental oil spill is very low. Circumstances have not changed since 2008. We have determined that that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect steelhead trout.

Critical habitat for steelhead trout includes coastal watersheds that are not affected by existing offshore oil and gas development and production activities in the Southern California Planning Area.

White Abalone (*Haliotis sorenseni*)

The white abalone was listed by NMFS as an endangered species June 28, 2001, after a comprehensive status review of the species was completed [66 FR 29054]. A final recovery plan for the species was published on October 10, 2008 (NMFS 2008a). No critical habitat has been designated for this species due to concerns that identifying critical habitat areas would increase the threat of poaching [66 FR 29048]. In the final listing rule, oil and gas development was identified as having potential for affecting white abalone habitat [66 FR 29046]. The basis of this concern was related to the potential for future leasing that could result in additional oil and gas development and exploration activities between Point Conception and the Mexican border.

30

Future leasing and expansion of existing offshore oil and gas facilities is not being considered for this programmatic consultation. The white abalone is also an exclusively sub-tidal species and is not considered particularly vulnerable to oil spills. Considering this information, we have determined that the continuation of existing offshore oil and gas development and production activities in the Southern California Planning Area may affect but is not likely to adversely affect the white abalone. This determination is consistent with our most recent consultation with NMFS (NMFS 2008a).

Black Abalone (*Haliotis cracherodii*)

The black abalone was listed as a federal endangered species on January 14, 2009 [74 FR 1937]. Critical habitat for this species was designated on October 27, 2011 [76 FR 2011] and includes several sections of coastline adjacent to the Southern California Planning Area. At the time the black abalone was listed, significant declines in the population were attributed to commercial/recreational harvest and disease. Ongoing concerns identified in the final rule included accidentally spilled oil from offshore drilling platforms [74 FR 1937].

MMS specifically considered effects of offshore oil and gas development on black abalone and consulted with NMFS when this species was listed in 2009 (NMFS 2009a). Oil spills were the only potential risk to the species identified. Given that the risk of an oil spill was low, an oil spill that may occur would likely be small, and the probability of an oil spill contacting the mainland or Channel Islands was low, NMFS concluded that offshore drilling and production activities may affect but would not likely adversely affect black abalone (NMFS 2009a).

We have also reviewed the critical habitat rule that NMFS published in 2011 [76 FR 2011]. Mineral and petroleum exploration and extraction is listed as an activity that may affect primary constituent elements (PCEs) of the designated critical habitat. Specifically, the rule cites the possibility of increased sedimentation of rocky substrate related to construction activities, the potential for a negligible effect of drilling muds on settlement of abalone larvae on coralline algae, and the possibility that oil spills could affect water quality. Neither BOEM nor BSEE have authority or jurisdiction over shoreline construction activities; regardless, new construction or expansion of onshore facilities to support Pacific OCS oil and gas activities is not reasonably foreseeable at this time as the platforms and activities have been in place for decades. Drilling mud discharges are regulated by EPA, in any case there would never be any drilling mud discharges in the vicinity of black abalone habitat. Small oil spills may temporarily affect water quality but the effects of a spill to this PCE would likely be undetectable within hours or days based on normal tidal flushing and the continuous deposition of oil from natural sources that is common along the southern California coast (Lorenson *et.al.* 2009).

Effects to critical habitat from oil spill response efforts and issuance of NPDES permits were also highlighted in the critical habitat rule for black abalone. The rule identifies USCG as the agency responsible for ESA consultations related to oil spill response and EPA as the agency responsible for ESA consultations related to NPDES permitted activities.

Upon consideration of our consultation with NMFS in 2009 and our review of the critical habitat rule published in 2011, we have determined that the continuation of existing offshore oil and gas development and production in the Southern California Planning Area may affect but is not likely to adversely affect the black abalone. Continuation of existing activities will not result in the destruction or adverse modification of designated critical habitat for this species.

CONCLUSION

Upon review of the most recent information on the status of NMFS threatened/endangered
species and Bureau activities, BOEM and BSEE conclude that NMFS listed species are not
likely to be adversely affected by ongoing offshore oil and gas development activities at existing
facilities in the Southern California Planning Area. The Bureaus are committed to continued
coordination with NMFS on future activities and additional consultation as the need arises.

**Literature Cited**

Bonnell, M.L., and M.D. Dailey. 1993. Marine mammals. In: Ecology of the Southern California Bight: A Synthesis and Interpretation, M.D. Dailey, D.J. Reish, and J.W. Anderson (eds.). Berkeley, CA: University of California Press. pp. 604-681.

Bornholdt, M.A., and E.M. Lear (comp.). 1995. Outer Continental Shelf Natural Gas and Oil Program: Cumulative Effects 1987-1991. U.S. Department of the Interior, Minerals Management Service, Herndon, VA. OCS Report MMS 95-0007.

Bornholdt, M.A., and E.M. Lear (comp.). 1997. Outer Continental Shelf Oil and Natural Gas Program: Cumulative Effects 1992-1994. U.S. Department of the Interior, Minerals Management Service, Herndon, VA. OCS Report MMS 97-0027.

Bureau of Safety and Environmental Enforcement (BSEE). 2015. Decommissioning Cost Update for Pacific OCS Region Facilities. Conducted by TSB Offshore, Inc. Project No. 139681.

BSEE and Bureau of Ocean Energy Management (BOEM). 2016. Programmatic Environmental Assessment of the Use of Well Stimulation Treatments on the Pacific Outer Continental Shelf. Prepared by Argonne National Laboratory. May 2016.

California State Lands Commission (CSLC) and Minerals Management Service (MMS). 1999. High Energy Seismic Survey Review Process and Interim Operational Guidelines for Marine Surveys Offshore Southern California. February 1999.

Environmental Protection Agency (EPA). 2013. Addendum to Fact Sheet: Final National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAG280000 for Offshore Oil and Gas Exploration, Development and Production Operations off Southern California. December 17, 2013.

EPA. 2014. General NPDES Permit Number CAG280000. Authorization to Discharge under the National Pollutant Discharge Elimination System for Oil and Gas Exploration, Development and Production Facilities. Effective March 1, 2014 and expires February 28, 2019.

Farwell, C., C. M. Reddy, E. Peacock, R. K. Nelson, L. Washburn, D. L. Valentine 2009. Weathering and the Fallout Plume of Heavy Oil from Strong Petroleum Seeps Near Coal Oil Point, CA. Environmental Science & Technology 43(10): 3542-3548.Ford, R.G. 1997. Final Report, Bird Injury Assessment for the Torch/Platform Irene Pipeline Oil Spill, September 1997. Prepared for the Office of Spill Prevention and Response, California Department of Fish and Game. July 1998.

Gales, R.S. 1982. Effects of noise of offshore oil and gas operations on marine mammals: An introductory assessment. Vols. I and II. Technical Report 844. Prepared for USDOI/MMS. Naval Ocean Systems Center, San Diego, CA.

Leatherwood, S., B.S. Stewart, and P.A. Folkins. 1987. Cetaceans of the Channel Islands National Marine Sanctuary. NOAA, Channel Islands National Marine Sanctuary and NMFS. 66 pp.

Leifer, I., B. Luyendyk, K. Broderick. 2006. Tracking an oil slick from multiple natural sources, Coal Oil Point, California. Marine and Petroleum Geology. 23(5): 621-630.

33

Lorenson *et. al.* 2009. Natural Offshore Seepage and Related Tar Ball Accumulation on the California Coastline; Santa Barbara Channel and the Southern Santa Maria Basin; Source Identification and Inventory. U.S. Geological Survey Open-File Report 209-1225 and MMS Report 2009-030. 116 pp.

MacGillivray, A., and A. Schlesinger. 2014. Harmony Platform 2014 Conductor Driving Acoustic Monitoring: Final Report. JASCO Document 00964, Version 3.0. Technical report by JASCO Applied Sciences Ltd. for ExxonMobil Production Company.

Minerals Management Service (MMS). 1989. Gray Whale Monitoring Study. OCS Report MMS 88-0075. August 1989.

MMS. 1992. Exploratory Wells Drilled, Pacific Outer Continental Shelf. Report compiled by Michael Lee, Minerals Management Service Office of Field Operations. August 21, 1992.

MMS. 2000. Biological Evaluation of Threatened and Endangered Species: Proposed Oil and Gas Development Activities in the Rocky Point Unit off Point Conception, California. July 2000.

MMS. 2000a. Oil-Spill Risk Analysis: Pacific Pouter Continental Shelf Program. OCS Report MMS 2000-57. August 2000.

MMS. 2008. Revisions to the Point Pedernales Field Development and Production Plan Addition of Tranquillon Ridge Field: Biological Evaluation of Threatened and Endangered Species. June 2008.

National Marine Fisheries Service (NMFS). 1978. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Bureau of Land Management for Proposed Outer Continental Shelf Lease/Sale No. 48. Received August 22, 1978.

NMFS. 1979. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the United States Geological Survey for Development of Outer Continental Shelf Oil and Gas Reserves in the Southern California Bight. Dated September 25, 1979.

NMFS. 1980. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Bureau of Land Management and the U.S. Geological Survey for Lease Sale and Exploration Activities Associated with Lease Sale 53 in Waters Off Central and Northern California. September 18, 1980.

NMFS. 1981. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Bureau of Land Management and the U.S. Geological Survey for Operations Pertaining to Oil and Gas Leasing and Exploration in the Area Offshore from Point Conception, California to the U.S./Mexico Border. May 8, 1981.

NMFS. 1983. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Leasing and Exploration Activities Associated with Proposed Lease Sale 73. August 9, 1983.

NMFS. 1983a. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Leasing and Exploration Activities Associated with Proposed Lease Sale 80. October 4, 1983.

NMFS. 1984. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Development and Production Activities in the Santa Ynez Unit Offshore California. March 7, 1984.

NMFS. 1984a. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Operations Pertaining to the Development and Production of Oil and Gas Offshore California between Point Arguello and Point Conception. May 31, 1984.

NMFS. 1985. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Development and Production Activities in the Central Santa Maria Basin Offshore Pedernales, Santa Barbara County, California. June 21, 1985.

NMFS. 1986. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Development and Production Activities at Platform Gail in the Santa Barbara Channel, Offshore California. June 9, 1986.

NMFS. 1986a. Biological Opinion Issued by the National Marine Fisheries Service (Washington D.C.) to the Minerals Management Service for Outer Continental Shelf Oil and Gas Development and Production Activities in the Northern Santa Maria Basin Offshore San Luis Obispo and Santa Barbara Counties, California. September 30, 1986.

NMFS. 1991. Recovery Plan for the Humpback Whale (*Megaptera novaeangliae*). Prepared by Humpback Whale Recovery Team for National Marine Fisheries Service, Silver Spring, MD. 105 pp.

NMFS. 1998. Recovery Plan for the Blue Whale (*Balaenoptera musculus*). Prepared by Reeves R.R., P.J. Clapham, R.L. Brownell, Jr., and G.K. Silber for the National Marine Fisheries Service, Silver Spring, MD. 42 pp.

NMFS. 2000. Letter from Southwest Region Regional Administrator of the National Marine Fisheries Service to the Pacific Region Regional Director Minerals Management Service, Review of Rocky Point Biological Evaluation. November 14, 2000.

NMFS. 2008. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Letter from Southwest Region Regional Administrator of the National Marine Fisheries Service to the Pacific Regional Chief of Environmental Evaluation Minerals Management Service. Review of Tranquillon Ridge Biological Evaluation. September 10, 2008.

NMFS. 2008b. Final White Abalone Recovery Plan. Office of Protected Resources, National Marine Fisheries Service. October 10, 2008.

NMFS. 2009a. Letter from the Regional Administrator of the National Marine Fisheries Service, Southwest Region, to Chief of Environmental Evaluation, Pacific OCS Region, Minerals Management Service. Concurrence that the Development and Production of Oil and Gas in the Santa Maria Basin Offshore of Point Pedernales, Santa Barbara County, May Affect but is Not Likely to Adversely Affect the Black Abalone. March 19, 2009.

Case 2:16-cv-08418-PSG-FFM   Document 43-2   Filed 04/03/17   Page 39 of 61   Page ID #:614

Biological Assessment
Offshore Oil and Gas Development and Production Activities in the Southern California Planning Area

NMFS. 2009a. Designation of Critical Habitat for the threatened Southern Distinct Population Segment of North American Green Sturgeon, Final Biological Report, October 2009.

NMFS. 2010. Final Recovery Plan for the Fin Whale (*Balaenoptera physalus*). Office of Protected Resources, National Marine Fisheries Service. July 30, 2010.

NMFS. 2011b. National Marine Fisheries Service Southwest Region, 5-year Review: Summary and Evaluation of the Southern California Coast Steelhead Distinct Population Segment. November 11, 2011.

NMFS. 2013. Final Recovery Plan for the North Pacific Right Whale (*Eubalaena japonica*). National Marine Fisheries Service. June 3, 2013.

NMFS. 2014. Biological Opinion for the Bureau of Safety and Environmental Enforcement's Approval of ExxonMobil Corporation's Applications for Permits to Drill for Conductor Pipe Installation Activities at the Harmony Platform in the Santa Barbara Channel off the Coast of California. October 6, 2014.

NMFS. 2014a. U.S. Pacific Marine Mammal Stock Assessments, 2013. NOAA Technical Memorandum NMFS-SWFC-532. August 2014.

NMFS.2014b. Alaska Marine Mammal Stock Assessments, 2013. NOAA Technical Memorandum NMFS-AFSC-277. July 2014.

NMFS and U.S. Fish and Wildlife Service (FWS). 2007. Leatherback Turtle (*Dermochelys coreacea*) 5-Year Review: Summary and Evaluation. Office of Protected Species. Silver Spring Maryland and U.S. Fish and Wildlife Service, Southeast Region, Jacksonville, Florida. August 2007.

NMFS and FWS. 2007a. Green Sea Turtle (Chelonia mydas) 5-Year Review: Summary and Evaluation. Office of Protected Species. Silver Spring Maryland and U.S. Fish and Wildlife Service, Southeast Region, Jacksonville, Florida.. August 2007.

NMFS and FWS. 2007b. Olive Ridley Turtle (*Lepidochelys olivacea*) 5-Year Review: Summary and Evaluation. Office of Protected Species. Silver Spring Maryland and U.S. Fish and Wildlife Service, Southeast Region, Jacksonville, Florida.. August 2007.

National Research Council (NRC). 2003. Oil in the sea III: Inputs, fates, and effects (Committee on Oil in the Sea: J.N. Coleman, J. Baker, C. Cooper, M. Fingas, G. Hunt, K. Kvenvolden, J. McDowell, J. Michel, K. Michel, J. Phinney, N. Rabalais, L. Roesner, and R.B. Spies). Washington, DC: National Academy Press. 265 pp.

Richardson, W.J., C.R. Greene, Jr., C.I. Malme, and D.H. Thompson. 1995. Marine mammals and Noise. Academic Press, Inc., San Diego, CA. 576 pp.

**Appendix A Oil Spill Risk Assessment**

Appendix A

**Pacific Outer Continental Shelf Region Programmatic Oil Spill Risk Analysis**

This appendix covers oil spill risk, fate of oil, trajectory analysis, and response. Also included is a technical description of current oil spill models.

## A.1    Oil Spill Risk Assessment

In the course of normal, day-to-day platform operations, accidental discharges of hydrocarbons may occur. Such accidents are typically limited to discharges of quantities of less than one barrel (bbl) of crude oil. Table A-1 lists the hydrocarbon spills that occurred in the Pacific Outer Continental Shelf Region (POCSR) from 1963 through 2015. During that period, 1,450 oil spills were recorded. The total volume of oil spilled in the Pacific Region is dominated by the 1969 Santa Barbara spill. Since 1969, spills have ranged in size from less than one bbl to 164 bbl, for a total of 920 bbl and an average oil spill size of 0.64 bbl. Of the 49 oil spills greater than one bbl in the Pacific Region (1970 – 2015), five measured 50 bbl or more in volume (Table A-1); the largest of these was the 164 bbl Platform Irene pipeline spill in September 1997. If the 1969 oil spill is included (1963 – 2015) the average oil spill size is 57 bbl. The average oil spill size in the Pacific Region for oil spills in the "50 to less than 1,000 bbl" range is 103 bbl and the average oil spill size for oil spills in the 1 – 50 bbl range is 7.11 bbl. [1] As shown in Table A-1, 3.4 % of the total recorded spills between 1970 and 2015 (49 of 1450) were greater than one bbl, spilling 919.7 bbl of oil into the ocean. Given these data and the experience in the Pacific Region over the last 40 years, BOEM estimates the most likely spill volume for spills in the 50 to less than 1,000 bbl range to be less than 200 bbl.

BOEM calculated oil spill rates for the Pacific Region using oil spill data (1963 – 2015, Table A-1) and cumulative production from the Pacific Region. BOEM estimated the number of oil spills and the probability of one or more spills that could occur as a result of ongoing activities in the Southern California Planning Area in the "50 to less than 1000 bbl" size range using Pacific Region oil spill rates (Table A-2). Oil spill occurrence is calculated as a function of the volume of oil handled or the amount of oil that could be exposed. Oil exposed is defined as the volume of oil produced or transported within a given area. Therefore, the total amount of oil that could be economically produced in the Southern California Planning Area was used as this exposure variable. In the "50 to less than 1,000 bbl" size range we estimate there will be 1.69 spills with a 81.5 % probability of an oil spill occurring (Table A-2). Note that the 80,000 bbl 1969 spill was not included in this calculation since it does not fall within the 50 to1000 bbl size range.

For comparison, we calculated oil spill probabilities using oil spill rates derived from all United States Outer Continental Shelf (US OCS) operations (1996-2010) and the total amount of oil that could be economically produced in the Southern California Planning Area (Anderson et. al., 2012). Using spill rates based on all US OCS Operations (1996-2010), the probability of one or more spills occurring in the Pacific Region for the "50 to less than 1,000 bbl" size range is 98.9 %. The lower probability (81.5 %) of spills in the "50 to less than 1,000 bbl" size range using POCSR oil spill data is reflective of the lower number of oil spills throughout POCSR production history. Using spill rates based on all US OCS operations (1996-2010), the probability of one or more spills occurring in the greater than 1,000 bbl size range is 34.7 % (Table A-3). This is a conservative estimate based on overall US OCS operations. For the greater than 1,000 bbl size range, we did not calculate oil spill rates with only POCSR data due to the limited dataset (1 spill > 1,000 bbl occurred in 1969). A spill of this size would be an unlikely event in the POCSR.

---

[1] From 1996 to 2010, the overall OCS average spill size in the size range of "50 to less than 1,000 bbl" is 186 bbl (Anderson et al., 2012).

Ex. 2, Page 41

**Table A-1.** Crude, diesel, or other hydrocarbon spills recorded in the POCSR, 1963 through 2015. [volume in barrels (bbl)].

| YEAR | Less than or equal to 1 BBL NO. | VOLUME | Greater than 1 BBL and less than 50 NO. | VOLUME | Equal to or More than 50 BBL NO. | VOLUME | Total NO. | VOLUME | Cumulative Since 1969 VOLUME |
|---|---|---|---|---|---|---|---|---|---|
| 1963 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1964 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1965 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1966 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1967 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1968 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | |
| 1969 | 0 | 0.00 | 0 | 0.00 | 2 | 80900.00 | 2 | 80,900.00 | |
| 1970 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| 1971 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| 1972 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| 1973 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| 1974 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| 1975 | 1 | 0.10 | 0 | 0.00 | 0 | 0.00 | 1 | 0.10 | 0.10 |
| 1976 | 3 | 1.10 | 1 | 2.00 | 0 | 0.00 | 4 | 3.10 | 3.20 |
| 1977 | 11 | 2.20 | 1 | 4.00 | 0 | 0.00 | 12 | 6.20 | 9.40 |
| 1978 | 4 | 1.20 | 0 | 0.00 | 0 | 0.00 | 4 | 1.20 | 10.60 |
| 1979 | 5 | 1.70 | 1 | 2.00 | 0 | 0.00 | 6 | 3.70 | 14.30 |
| 1980 | 11 | 4.90 | 2 | 7.00 | 0 | 0.00 | 13 | 11.90 | 26.20 |
| 1981 | 21 | 6.00 | 10 | 75.00 | 0 | 0.00 | 31 | 81.00 | 107.20 |
| 1982 | 24 | 3.20 | 1 | 3.00 | 0 | 0.00 | 25 | 6.20 | 113.40 |
| 1983 | 56 | 7.70 | 3 | 6.00 | 0 | 0.00 | 59 | 13.70 | 127.10 |
| 1984 | 65 | 4.70 | 3 | 36.00 | 0 | 0.00 | 68 | 40.70 | 167.80 |
| 1985 | 55 | 9.30 | 3 | 9.00 | 0 | 0.00 | 58 | 18.30 | 186.10 |
| 1986 | 39 | 5.50 | 3 | 12.00 | 0 | 0.00 | 42 | 17.50 | 203.60 |
| 1987 | 67 | 7.50 | 2 | 11.00 | 0 | 0.00 | 69 | 18.50 | 222.10 |
| 1988 | 47 | 3.70 | 1 | 2.00 | 0 | 0.00 | 48 | 5.70 | 227.80 |
| 1989 | 69 | 4.10 | 3 | 8.33 | 0 | 0.00 | 72 | 12.43 | 240.23 |
| 1990[*1] | 43 | 2.70 | 0 | 0.00 | 1 | 101.00 | 44 | 103.70 | 343.93 |
| 1991[*2] | 51 | 2.80 | 1 | 13.00 | 1 | 50.00 | 53 | 65.80 | 409.73 |
| 1992 | 39 | 1.20 | 0 | 0.00 | 0 | 0.00 | 39 | 1.20 | 410.93 |
| 1993 | 32 | 0.76 | 0 | 0.00 | 0 | 0.00 | 32 | 0.76 | 411.69 |
| 1994[*3] | 18 | 0.40 | 2 | 33.00 | 1 | 50.00 | 21 | 83.40 | 495.09 |
| 1995 | 25 | 0.90 | 1 | 1.43 | 0 | 0.00 | 26 | 2.33 | 497.42 |
| 1996[*4] | 39 | 0.90 | 1 | 5.00 | 1 | 150.00 | 41 | 155.90 | 653.32 |
| 1997[*5] | 20 | 1.50 | 0 | 0.00 | 1 | 164.00 | 21 | 165.50 | 818.82 |
| 1998 | 29 | 1.00 | 0 | 0.00 | 0 | 0.00 | 29 | 1.00 | 819.82 |
| 1999 | 26 | 1.35 | 1 | 10.00 | 0 | 0.00 | 27 | 11.35 | 831.17 |
| 2000 | 36 | 1.00 | 0 | 0.00 | 0 | 0.00 | 36 | 1.00 | 832.17 |
| 2001 | 48 | 1.70 | 0 | 0.00 | 0 | 0.00 | 48 | 1.70 | 833.87 |
| 2002 | 55 | 1.30 | 1 | 9.00 | 0 | 0.00 | 56 | 10.30 | 844.17 |
| 2003 | 56 | 1.37 | 0 | 0.00 | 0 | 0.00 | 56 | 1.37 | 845.54 |
| 2004 | 36 | 1.00 | 0 | 0.00 | 0 | 0.00 | 36 | 1.00 | 846.54 |
| 2005 | 46 | 2.60 | 0 | 0.00 | 0 | 0.00 | 46 | 2.60 | 849.14 |
| 2006 | 46 | 1.99 | 0 | 0.00 | 0 | 0.00 | 46 | 1.99 | 851.13 |
| 2007 | 45 | 1.19 | 1 | 1.19 | 0 | 0.00 | 46 | 2.38 | 853.51 |
| 2008 | 45 | 1.20 | 1 | 27.00 | 0 | 0.00 | 46 | 28.20 | 881.71 |
| 2009 | 36 | 1.10 | 0 | 0.00 | 0 | 0.00 | 36 | 1.10 | 882.81 |
| 2010[*6] | 33 | 0.63 | 0 | 0.00 | 0 | 0.00 | 33 | 0.63 | 883.44 |
| 2011 | 38 | 0.02 | 0 | 0.00 | 0 | 0.00 | 38 | 0.02 | 883.46 |
| 2012[*7] | 30 | 0.08 | 1 | 35.70 | 0 | 0.00 | 31 | 35.78 | 919.24 |
| 2013 | 26 | 0.03 | 0 | 0.00 | 0 | 0.00 | 26 | 0.03 | 919.27 |
| 2014 | 10 | 0.48 | 0 | 0.00 | 0 | 0.00 | 10 | 0.48 | 919.75 |
| 2015 | 13 | 0.11 | 0 | 0.00 | 0 | 0.00 | 13 | 0.11 | 919.86 |
| **TOTALS** | 1399 | 92.21 | 44 | 312.65 | 7 | 81415.00 | 1450 | 81,819.86 | 919.75 |

[*1] Mineral oil mud released due to incorrectly positioned standpipe and closed valves
[*2] Pipeline riser ruptured when snagged by grappling hook used by workboat to retrieve lost anchor
[*3] Process upset resulting in overflow of oil/water emulsion from tanks into disposal tube
[*4] Equipment failure and error allowing emulsion to flow through flare boom
[*5] Pipeline break in the flange metal in state waters due to welding flaws
[*6] Since January 2010 spills recorded in Technical Information Management System in .01 gallons
[*7] Includes Platform Houchin 35 bbl spill (per USCG) from burst plate

Oil spill probability estimates are conservative given POCSR's:

- oil spill history,
- long established drilling program,
- producing from mature fields with lower pressure,
- no floating drilling rigs,
- no new platforms being installed, and
- all oil is transported via pipelines.

**Table A-2**    Estimated mean number of spills and spill occurrence probability for the "50 to less than 1,000 bbl" size range using oil spill data from POCSR operations (1963 – 2011). Anticipated POCSR Production is 0.3373 Bbbl (0.262 [BSEE August 2016] + 0.0957 [Tranquillon Ridge] + 0.0035 [Electra Field] + 0.0161 [Carpinteria State] = 0.3373 Bbbl).

| POCS Spill data (1963 – 2014) | Spill Rate (2012*) | Estimated Mean Number of spills | Probability of 1 or more spills |
|---|---|---|---|
| Spills ≥ 50 to < 1,000 | | | |
| Platforms & Pipelines | 4.47 | 1.69 | 81.5 % |

Bbbl = billions of barrels        *spill rate calculation methodology: Anderson et. al., 2012

Formulae used in the Oil Spill Occurrence and Probability Calculations:

Spill rate $\lambda$ = number of spills per Bbbl

Estimated Mean Number of Spills = spill rate $\lambda$ x volume handled t (Bbbl) = $\lambda t$

Probability [n spills over future exposure t ] = $[(\lambda t)^n e^{-\lambda t}] / n!$

Probability of Zero Spills = $[(\lambda t)^0 e^{-\lambda t}] / 0! = [1 \times e^{-\lambda t}] / 1 = e^{-\lambda t} = 1 / e^{\lambda t}$

Probability of One or More Spills = 1-Probability[ zero spills] = $1 - 1 / e^{\lambda t}$

**Table A-3**    Estimated means and spill occurrence probabilities POCSR analyses using all US OCS Spill Data (1996 – 2010). Anticipated POCSR production is 0.3373 Bbbl.

| US OCS Spill Data (1996 – 2010) | Spill Rate (2012*) | Estimated Mean Number of Spills | Probability of 1 or More Spills |
|---|---|---|---|
| Spills ≥ 50 to < 1,000 | | | |
| Platforms & Pipelines | 12.88 | 4.86 | 99.2 % |
| Spills ≥ 1000 | | | |
| Platforms | 0.25 | 0.09 | 9.0 % |
| Pipelines | 0.88 | 0.33 | 28.3 % |
| Total | 1.13 | 0.43 | 34.7 % |

Bbbl = billions of barrels.        * Source: Anderson et. al., 2012

Oil spill Assessment 1970s and 1980s

The 1975 Environmental Impact Statement (EIS) for Oil Development in the Santa Barbara Channel estimated 1 to 2 billion barrels (Bbbl) of oil would be produced (USGS, 1975). To date the Southern California Planning area has produced 1.3 Bbbl of oil with a remaining production estimate of 0.3373 Bbbl. Therefore, the production estimates for the region are within what was

estimated in the 1975 EIS. This section reviews, by geographic location, the oil spill assessments completed in the 1970s and 1980s environmental documents.

*Santa Maria Basin:*

- 1985 Santa Maria Basin EIS/EIR analyzed oil spills ranging from 10 to 100,000 bbl (ADL, 1985). (Platforms covered: Irene)
- Spills since 1969:
  - Platform Irene – 1997 – 164 bbl pipeline spill

*Santa Barbara Channel:*

- USGS 1975 EIS: estimated a 70 % chance that there would be at least one platform spill of 1,000 bbl, and if a large platform spill occurred, there was an 80 % chance the spill would exceed 2,380 bbl (USGS, 1975). (Platforms covered: Hogan, Houchin, Hillhouse, A, B, C, Henry, Grace, Habitat)
- 1980 Environmental Impact Report – Environmental Assessment (EIR-EA) for the Platform Gina and Gilda development: estimated that an average rate of operational platform spills is 1 spill per production platform per 10.6 years (Dames and Moore, 1980). Thus, it was estimated that Platform Gilda would have 1.9 spills over the 20 year production lifetime. (Platforms covered: Gina, Gilda)
- 1986 Platform Gail Environmental Assessment (EA): cumulative oil spill analysis estimated that during 32 years of production in the Southern California Planning Area there would be $14.5$ spills $\geq 1,000$ bbl and $6.6$ spills $\geq 10,000$ bbl (MMS, 1986). (Platforms covered: Gail)
- 1984 Santa Ynez Unit Environmental Impact Report/Environmental Impact Statement (EIR/EIS): examined spills ranging from 10 bbl to more than 500,000 bbl and categorized a platform blowout as spilling between 1,000 and 500,000 bbl (SAI, 1984). (Platforms covered: Hondo, Harmony, Heritage[2])
- 1984 Point Arguello EIR/EIS estimated that a cumulative total of 144,000 bbl of oil would be expected to be spilled over a 30-year project lifetime (ADL, 1984, Appendix H). (Platforms covered: Hidalgo, Harvest, Hermosa)
- Spills since 1969, $\geq 50$ bbl:
  - Platform Habitat: 1990 – 100 bbl of drilling mud with mineral oil
  - Platform Gina: 1991 – 50 bbl of oil from a broken pipeline
  - Platform Hogan: 1994 – 50 bbl of oil
  - Platform Heritage: 1996 – 150 bbl of oil

*San Pedro Bay:*

- 1978 Beta Unit EIR-EA analyzed the following spills: 5000-bbl platform spill, 50-bbl pipeline spill, 50-bbl Long Beach Harbor spill, and a catastrophic 80,000-bbl platform spill (SLC, PLB, USGS, 1978). (Platforms covered: Elly, Ellen, Eureka, Edith)

<u>Worst Case Discharge</u>

Pacific OCS Region operators are required to submit oil spill response plans (OSRPs) which show the worst case volume of oil that could be spilled from three sources associated with

---

[2] A fourth platform was also covered by this document, but never installed. The platform has since been removed from the current Development and Production Plan for the Santa Ynez Unit.

offshore operations: vessels, tanks, and piping on board platforms, pipelines, and loss of well control events (Table A-4; 30 CFR 254; 30 CFR 550). The intent of this conservative requirement is to ensure that each operator has adequate spill response capabilities to respond to the largest conceivable oil spill from their facilities. If surface intervention is unsuccessful, an operator needs to mobilize a drilling rig to the Southern California Planning Area and drill a relief well. The largest worst case discharge volume is calculated as the release of stored oil on a platform, oil in the associated pipeline, plus the total flow released from a loss of well control up to the drilling of a relief well. The worst case discharge volumes vary widely across facilities. A continuous spill event (i.e., from a loss of well control) is more difficult to quantify but unlikely to occur given the reservoir pressures in the POCSR (13 of the 23 platforms have no pressure; Table A-4).

*Worst Case Discharge Scenario, Largest Volume in POCSR*

Platform Heritage, Santa Ynez Unit, located approximately 8 miles offshore Gaviota, California, has the largest worst case discharge estimate for a loss of well control (blowout) with an estimated maximum daily flow rate of 33,986 barrels. It is estimated to take 17 days to stop the flow using surface capping equipment, for a total discharge volume of 577,762 bbl. If surface intervention is not achieved, the estimated maximum time it would take to mobilize a rig and drill a relief well would be 170 days, with a total discharge volume of 5,777,620 bbl. This catastrophic event is unlikely to occur.

Summary of Oil Spill Risk Assessment

- The maximum most likely oil spill volume is estimated to be 200 bbl.
- The probability of an oil spill occurring in the 50 to less than 1,000 bbl range is 81.5 %.
- Projected oil production in the Southern California Planning Area is within what was analyzed in the environmental documents from the 1970s and 1980s.
- A large catastrophic event is unlikely to occur.

## A.2    Fate of Oil

In the event of an accidental oil spill, a slick forms and part of the slick begins evaporating while the action of breaking waves forms oil droplets that are dispersed into the water column. Oil in the Southern California Planning Area ranges from very heavy (API 12) to very light (API 39). Light oil has a rapid evaporation rate and is soluble in water. Light crude oils can lose up to 75 % of their initial volume within a few days of a spill (NRC, 2003). In contrast, heavy oil (API <22) has a negligible evaporation rate and solubility in water.

Depending on the weight of the oil spilled and the environmental conditions (i.e., sea state) at the time of a spill, six to 60 % of oil during an oil spill would sink and be in the water column or on the seafloor in the vicinity of the spill (ADL, 1984). This is supported by a recent study of natural oil seeps at Coal Oil Point in the Santa Barbara Channel that range in depth from six to 67 meters offshore of Goleta, CA (Leifer et al., 2006) and are assumed to release 100 bbl/day (Farwell et al., 2009). The distribution of heavy oil in a surface slick in the Santa Barbara Channel is primarily influenced by surface currents and falls out of the slick over a period of 0.4 to 5 days (Leifer et al., 2006).

**Table A-4.** Worst Case Discharges Identified in OSRPs in the POCSR.

| Facility | Pipeline (bbl) | Storage[3] (bbl) | Drilling (bbl/day) | Reference |
|----------|----------------|------------------|--------------------|-----------|
| Hogan | Pipeline to Shore = 41 (oil + water) Inter-Platform (Houchin) = 49 | 324 | 0 | Pacific Operators Offshore OSRP 2012 |
| Houchin | See Information for Hogan | 324 | 0 | Pacific Operators Offshore OSRP 2012 |
| Elly | 16" Pipeline Elly to Beta Pump Station = 3,111 | 8,925 | 0 (no drilling) | Beta Unit Complex OSRP 2012 |
| Ellen | No Pipeline, transfers through Elly = 0 | 1840 | 45 | Beta Unit Complex OSRP 2012 |
| Eureka | Pipeline = 1,026 | 4,232 | 105 | Beta Unit Complex OSRP 2012 |
| Gail | Pipelines at Gail = 168 | 2,068 | 650 | Santa Clara Unit OSRP 2012 |
| Grace | Pipelines at Grace and Grace to Shore = 292 | 1,557 | 110 | Santa Clara Unit OSRP 2012 |
| Hermosa | Pipeline Hermosa to Shore = 2,502 | 3,760 | 0 | Plains Exploration and Production Company OSRP 2012 |
| Hidalgo | Pipeline Hidalgo to Hermosa = 489 | 2,478 | 0 | Plains Exploration and Production Company OSRP 2012 |
| Harvest | Pipeline Harvest to Hermosa = 221 | 3,820 | 0 | Plains Exploration and Production Company OSRP 2012 |
| Irene | Pipeline Irene to Shore = 1,124 | 1,064 | 750 | Plains Exploration and Production Company OSRP 2012 |
| Gilda | Pipeline Gilda to Shore = 1,994 | 857 | 200 | DCOR OSRP 2012 |
| Gina | Pipeline Gina to Shore = 546 | 223 | 0 | DCOR OSRP 2012 |
| "C" | Pipeline C to B = 11 | 306 | 2 | DCOR OSRP 2012 |
| "B" | Pipeline B to A = 92 | 646 | 0 | DCOR OSRP 2012 |
| "A" | Pipeline A to Shore = 3,685 | 589 | 0 | DCOR OSRP 2012 |
| Hillhouse | Pipeline Hillhouse to A = 57 | 1,534 | 0 | DCOR OSRP 2012 |
| Henry | Pipeline Henry to Hillhouse = 3 | 118 | 0 | DCOR OSRP 2012 |
| Edith | Pipeline Edith to Elly = 122 | 2,352 | 0 | DCOR OSRP 2012 |
| Habitat | No Pipeline, gas production | 385 | 0 | DCOR OSRP 2012 |
| Harmony | Pipeline Harmony to Shore = 6,210 | 2,607 | < 2,000 | ExxonMobil OSRP 2014 |
| Heritage | Pipeline Heritage to Harmony = 731 | 2,684 | 33,986 | ExxonMobil OSRP 2014 |
| Hondo | Pipeline Hondo to Harmony = 560 | 3,811 | < 2,000 | ExxonMobil OSRP 2014 |

---

[3] Vessels, piping, tanks

### A.3    Oil Spill Response

BSEE regulations at 30 CFR Part 254 require that each OCS facility have a comprehensive OSRP. Response plans consist of an emergency response action plan and supporting information that includes an equipment inventory, contractual agreements with subcontractors and oil spill response cooperatives, worst-case discharge scenario, dispersant use plan, in-situ burning plan and details on training and drills. The Coast Guard is the lead response agency for oil spills in the coastal zone and coordinate the response using a Unified Command (UC), consisting of the affected state and the Responsible Party (i.e., the company responsible for spilling the oil) in implementing the Incident Command System (ICS) if an oil spill occurs. Oil spill drills, either agency-lead or self-lead by a company, also use the UC/ICS. California's Department of Fish and Wildlife's Office of Spill Prevention and Response (OSPR) assumes the role of the State on-scene coordinator and plays a significant role in managing wildlife operations in the Southern California Planning Area as the state's Natural Resource Agency.

BSEE requires companies that operate in the OCS to have the means to respond to a worst-case discharge from their facilities. Many companies meet this requirement by becoming members of Oil Spill Removal Organizations (OSRO). Since 1970, oil companies operating in the Santa Barbara Channel and Santa Maria Basin have funded and operated a non-profit OSRO called Clean Seas (www.cleanseas.com). Clean Seas acts as a resource to its member companies by providing an inventory of state-of-the-art oil spill response equipment, trained personnel, training and expertise in planning and executing response techniques. Clean Seas personnel and equipment are on standby, ready to respond to an oil spill, 24 hours a day.

The Marine Spill Response Corporation (MSRC) is the other U.S. Coast Guard-classified OSRO based in Long Beach (www.msrc.org). MSRC is a nation-wide OSRO with multiple responder-class oil spill response vessels and oil spill response barges. They are also equipped to respond to an oil spill 24 hours a day.

Clean Seas and MSRC are both equipped and prepared to respond to oil spill threats to sensitive shoreline areas through the detailed and up-to-date information on sensitive areas and response strategies from the Los Angeles/Long Beach Area Contingency Plan (https://www.wildlife.ca.gov/OSPR/Preparedness/LA-LB-Spill-Contingency-Plan) and the California OSPR (https://www.wildlife.ca.gov/OSPR).

### A.4    Oil Spill Trajectory Analysis

Oil spill trajectory modeling was conducted to determine the movement and fate of spilled oil if a spill occurred in the Southern California Planning Area from existing offshore oil and gas operations. The BOEM examined two available models: BOEM Oil Spill Risk Analysis (OSRA) and National Oceanic & Atmospheric Administration (NOAA) Office of Response & Restoration's General NOAA Operational Modeling Environment (GNOME). GNOME was developed by the Emergency Response Division (ERD) of NOAA's Office of Response and Restoration. This information can be used in conjunction with data from the oil spill risk assessment to provide perspective on the potential for exposure to spilled oil.

The OSRA model calculates numerous trajectories for hypothetical oil spills from pre-designated launch points by varying the wind and ocean current fields. Contact was evaluated in a grid encompassing the entire ocean region as well as grids located along the shoreline (Figure A-1; MMS 2000). Percent contact for a grid section is calculated by OSRA (e.g., Figures A-2 and A-

3). The OSRA trajectories are volume-independent and only show where oil would travel given that a spill occurred.



**Figure A-1.**   Pacific OSRA Resource Grid. The centers of this grid are used as the data locations for the probability contour plots.

The BOEM ran the GNOME model in three oceanographic regimes (see Section A.5). Releases were modeled for three wind directions correlated with the ocean current flow regimes. The GNOME model takes ocean currents and wind into account. The contacts displayed in Figures A-4 – 8 are only for a limited set of meteorological conditions (Table A-5) and are not intended to encompass all of the meteorological conditions that could be present during a spill scenario. GNOME model outputs provide an overall picture of where oil may travel if an oil spill occurred from one of the launch points.

**Table A-5.**   Parameters utilized in GNOME model runs.

| Current Regime | Wind Conditions | Timeframe |
|---|---|---|
| Upwelling | 8 m/s NW | 10 days |
| Convergent | 7 m/s NW | 10 days |
| Relaxation | 4 m/s NW<br>4 m/s SW<br>0 m/s | 10 days |

The GNOME analysis provides a slightly different picture of possible oil spill trajectories by including variables that account for the fate of the volume of oil released including weathering of released materials, specific ocean current regimes, and meteorological conditions. A volume of oil is assumed for GNOME model runs. As discussed in section A.1, the volume is 200 bbl for







**Figure A-2.** Ten day annual average oil spill analysis for Platform Irene (A), Hidalgo (B) and Harmony (C). Percent probability that oil will contact certain land and ocean locations.



Platform Hillhouse



Platform Grace



Platform Elly

**Figure A-3.** Ten day annual average oil spill analysis for Platform Hillhouse (A), Grace (B) and Elly (C). Percent probability that oil will contact certain land and ocean locations.









**Figure A-4.**
**Platform Irene**

<u>Northwest wind</u>: In the three oceanographic regimes, it takes one day for oil to land at Point Arguello. During the upwelling and convergent regimes oil lands at San Miguel island in 3-4 days, Santa Rosa in 4-5 days, and Santa Cruz Island in 4-9 days.

<u>Southwest and neutral wind</u>: In the relaxation regime it takes 1-2 days for oil to land at Purisima Point and 3-6 days for oil to land at Point Sal.

A-11









**Figure A-5.**
**Platform Hidalgo**
Northwest wind: Under upwelling and convergent regimes oil lands on San Miguel Island in 3 days and Santa Rosa Island in 3-4 days. Upwelling carries oil to Santa Cruz Island in 5 days. Convergent ocean currents carry oil to just north of Point Conception in 3 days. The relaxation regime carries oil to Pt. Arguello in 2 days, San Miguel Island in 6 days, Purisima Point in 7 days and Santa Rosa Island in 9 days.

Southwest and neutral wind: In the relaxation regime with neutral wind it takes 8 days for oil to land at Pt. Sal. In the relaxation regime with southwest wind, oil lands at Point Arguello in 1 day, Purisima Point in 2 days, Point Sal in 3 days and Pismo Beach in 7 days.









**Figure A-6.**
**Platform Harmony**

Northwest wind: Under upwelling and convergent regimes oil lands on Santa Cruz and Santa Rosa Islands in 2 days. The upwelling regime also carries oil to Anacapa Island in 5 days. Under the relaxation regime oil lands on Santa Rosa Island in 3 days and San Miguel and Santa Cruz Islands in 4 days.

Southwest wind: Under the relaxation regime, oil lands at Point Conception in 1 day, Point Arguello in 2 days, Purisima Point in 6 days, and Point Sal in 7 days.

Neutral wind: Under the relaxation regime, oil lands on San Miguel Island in 5 days, Santa Rosa Island in 6 days and Santa Cruz Island in 10 days. Oil also travels in the ocean up the coast to Point Sal, but does not land on the mainland.











**Figure A-7.**
**Platform Hillhouse**
<u>Northwest wind</u>: Under the upwelling regime, oil lands on the mainland in Oxnard in 2 days and the majority of oil travels out of the model domain. In the convergent regime, oil lands on the mainland (Montecito and Carpinteria) in 3 days, Ventura Harbor in 4 days, Santa Cruz Island in 5 days, and Anacapa Island in 7 days. In the relaxation regime, oil lands on Carpinteria in 2 days, Santa Barbara in 3 days, Santa Cruz Island in 4 days and Anacapa Island in 8 days.

<u>Southwest wind</u>: Under the relaxation regime oil reaches Montecito in 1 day.

<u>Neutral wind</u>: Under the relaxation regime oil reaches Santa Barbara in 1 day and Point Conception in 7 days and continues out in the ocean and lands on Purisima Point.











**Figure A-8.**
**Eastern Channel Group-Platforms Gail, Grace, Gina, Gilda**
Northwest wind: Under all three regimes the majority of oil travels out of the model domain. Under the upwelling regime, oil may land at Anacapa Island after 9 days. Under the convergent regime oil lands just south of Ventura Harbor in 1 day. In the relaxation regime oil lands south of Ventura Harbor in 4 days and on Anacapa Island in 8 days.

Southwest wind: Under the relaxation regime oil lands on Carpinteria and Ventura Harbor in 1 day.

Neutral wind: Under the relaxation regime oil lands on Carpinteria in 2 days, Santa Barbara in 4 days, and travels through the Santa Barbara Channel to just north of Point Conception.

the Pacific Region (see also Figures A-3 – A-8). Unlike OSRA, GNOME provides an estimated amount of oil that may contact the shoreline during the model run.

Although the GNOME results differ slightly from the OSRA model calculations, both analyses provide insights that help present a more complete picture of what may occur if oil is spilled. Together, these analyses represent the best available information on possible oil spill trajectories in the Southern California Planning Area. A detailed description of both models is provided at the end of this technical appendix in section A.5.

<u>Trajectory Analysis and Comparison to 1970s and 80s</u>

Six platforms were chosen as launch points because they are distributed throughout the geographic range of existing offshore operations as follows:

- *Santa Maria Basin* – Platforms Irene and Hidalgo;
- *Santa Barbara Channel* – Platforms Harmony, Hillhouse and a group in the eastern Channel (Gail, Grace, Gilda and Gina); and
- *San Pedro Bay* – Platform Elly.

The model outputs were then compared to the oil spill trajectories analyzed in the 1970s and 1980s environmental documents.

*Santa Maria Basin*

<u>Platform Irene</u>. In the Arthur D. Little (1985) EIR/EIS, model outputs focused on the probability of oil contacting a section of shoreline extending north of the Santa Maria River mouth, south and west to Santa Barbara, as well as San Miguel, Santa Rosa, and Santa Cruz islands (northern Channel Islands, not including Anacapa Island). These trajectories are essentially the same as those estimated using the current oil spill models. All of the models estimate that areas of the coastline from the Santa Maria River mouth to Gaviota and the northern Channel Islands were most likely to be affected by an oil spill from Platform Irene. (Figures A-2A and A-4). The OSRA analysis for Platform Irene displays the highest probability (50 – 60 %) of oil contacting land at Point Arguello and a 10 – 20 % chance of contact at San Miguel Island (Figure A-2A). GNOME models spilled oil traveling from Platform Irene to as far north as San Luis Obispo Bay and off the coast of Montana De Oro State Park. The northern-most mainland contact is just south of Pismo Beach at Guadalupe-Nipomo Dunes National Wildlife Refuge (Figure 4).

<u>Platform Hidalgo</u>. In the Arthur D. Little (1984) EIR/EIS, the trajectories estimated for oil spills launched near Platform Hidalgo are similar to those estimated using current oil spill models. All models estimated oil to contact land around Point Arguello and San Miguel Island. The Hidalgo OSRA analysis displays a 20 – 30 % probability of oil contacting Point Arguello and a 10 – 20 % chance of contact at San Miguel Island (Figure A-2B). The 1984 model and GNOME models also estimate land fall around Point Conception, Santa Rosa Island and Santa Cruz Island. The GNOME model estimates oil traveling further north up the coast to Point Sal and toward San Luis Obispo Bay (Figure 5).

*Santa Barbara Channel*

<u>Platform Harmony</u>. In the Science Applications, Inc. (1984) EIS/R, the trajectories estimated for oil spills launched near Platform Harmony are similar to those estimated using current oil spill models. All models agree that areas of coastline from Vandenberg Air Force Base to Santa Barbara County and northern coastlines of the Channel Islands are most likely to be affected by

A-16

an oil spill from Platform Harmony. The primary differences are that the GNOME model runs estimate oil landing as far north as Point San Luis (Figure A-6) and the 1984 model analyses estimate oil landing as far south as San Nicolas and San Clemente Islands. Platform Harmony OSRA analysis displays a 20 – 30 % chance of oil contacting the mainland Gaviota coast and San Miguel Island and a 10 – 20 % chance of oil contacting Santa Rosa and Santa Cruz Islands (Figure A-2C).

Platform Hillhouse. The USGS (1975) EIS for the Santa Barbara Channel estimated oil spilled in this area to make contact with land around Carpinteria, Anacapa Island and travel down coast to Ventura. This is very similar to the OSRA model estimation, where there is a 30 – 40 % probability of oil contacting mainland Santa Barbara and a 10 – 20 % probability that oil will travel along the mainland as far north as the Gaviota coast and as far south as Ventura as well as out toward Anacapa Island (Figure A-3A). GNOME models oil traveling as far west as Santa Barbara and Point Conception (Figure 7).

*Eastern Santa Barbara Channel*

Platforms Grace, Gail, Gina, Gilda (modeling within a similar area). The USGS (1975) EIS for the Santa Barbara Channel indicated that oil in this area would contact land in Ventura, Port Hueneme, Anacapa Island, and possibly Point Mugu. The Dames & Moore, (1980) EIR-EA for Gina-Gilda described land contact would occur in the immediate vicinity of Port Hueneme and would range from the eastern Santa Barbara Channel to as far west as Santa Barbara. Oil would also likely contact the eastern shorelines of the northern Channel Islands. The 1986 Platform Gail EA also estimates this area of contact (MMS, 1986). This is similar to the GNOME model for Platform Gail that estimates landfall from mainland Santa Barbara to south of Ventura Harbor in Oxnard and out to Anacapa Island (Figure 8). A spill modeled in OSRA from Platform Grace displays a 40 – 50 % probability that oil will contact the east end of Anacapa Island and a 30 – 40 % probability that it will contact the entire island. There is a 20 – 30 % probability of contacting Port Hueneme and Santa Cruz Island and a 10 – 20 % probability of contacting the mainland as far north as Goleta and as far south as Point Mugu (Figure A-3B).

*San Pedro Basin*

Platform Elly. The 1978 Beta EIR\EA indicated that oil spilled from the Beta Unit, near the Ports of Los Angeles and Long Beach, would contact land from Alamitos Bay to Huntington Beach (SLC, PLB, USGS, 1978). They indicated that a catastrophic spill would contact the shoreline both up and down coast of the study area, but do not provide a specific area. This is similar to the OSRA model output that estimates spilled oil to primarily stay within the San Pedro Bay and travel south along the mainland to Oceanside (Fig A-3C). The OSRA analysis for the Beta Unit, Platform Elly, displays a 40 – 50 % probability of oil contacting the mainland from Huntington Beach to Newport Beach and a 10 – 20 % probability of oil traveling as far north as Alamitos Bay and as far south as Oceanside. No trajectory runs were conducted using GNOME because GNOME, as configured for this study, was limited to the geographic area of the Santa Barbara Channel and just north of Point Conception.

## A.5   Oil Spill Trajectory Models – Technical Descriptions

*BOEM OSRA Model*

The trajectory simulation portion of the OSRA model consists of many hypothetical oil spill trajectories. The trajectories are the consequence of the integrated action of temporally and spatially varying wind and ocean current fields on the hypothetical oil spills. Collectively, they

represent a statistical set of winds and currents that could occur during the chosen seasonal time of the model run. The analysis uses a combination of observed and theoretically computed ocean currents and winds. Ocean currents were generated by a numerical model and were supplemented with direct observations of currents using surface drifting buoys in the Santa Barbara Channel. The sea surface winds over the study area were derived from an atmospheric model and from measured winds at buoy, platform, island and land-based wind stations. The studies were conducted for four seasons (winter, spring, summer and fall) representing different currents and winds. The seasonally-averaged current fields were provided by Scripps Institution of Oceanography and are based on several years of current meter and free-floating drifter data (MMS, 2000).

The primary OSRA study area grid used for the trajectory analysis consists of a Cartesian grid over the area (123º W to 116.7º W) and (32º N to 36º N) (Figure 1). The land segments were established from the USGS quadrangle maps for the California Coast. The grid cell definitions are 1/8º (0.125º) in longitude and latitude. The grid is not fully rectangular; cells that fell on land, or outside the region where ocean currents were defined were removed. This resolution was selected by the OSRA specialist as an appropriate grid, based on the information at that time. This resource grid was defined to calculate the number of trajectories that entered into each cell during the trajectory movement and "color code" the probability of contact to each grid cell over a 10-day period from a platform launch point. In this analysis, we treated the probability estimates as a point grid at the centers of the grid cells, and then contoured the results. Therefore, the maximum contours do not necessarily surround the launch point, but rather the contours surround the center points of the resource grid. This occurs due to the coarse scale of the grid. The movements of the trajectories are treated as "floating" within this grid, in meters (Figure 1).

OSRA model results display the probabilities (in percent) of oil contacting different locations on land and in the water using the annual average for all four seasons over a 10-day period and creating contours to fit the contacted grid.

*NOAA GNOME Model*

GNOME is a publicly available oil spill trajectory model that simulates oil movement due to winds, currents, tides and spreading (Zelenke et al., 2012). It includes variables that account for weathering of the released materials as well as a separate set of ocean current regimes for the Santa Barbara Channel and Santa Maria Basin. Wind speed and direction as well as variability can be input to the model. This enables the analysis of specific spill situations under given meteorological conditions. However, in order to assess the probabilities of a specific modeled end result, wind distributions and ocean current time dependent distributions would need to be obtained and many modeling runs conducted for the area.

The GNOME model operates by generating "splots" associated with each spill scenario. The fate of the splots is either to remain in the water, to be beached, to be weathered or to travel out of the modeling space (off the map). The movement of the splots is defined by the ocean current "regime" and the wind influences. Ocean currents in GNOME are essentially divided into three regimes for the Santa Barbara Channel and the Santa Maria Basin: upwelling, convergent and relaxation. Each of the three ocean current states includes a counter-clockwise circulation pattern in the Santa Barbara Channel, although it is strongest in the convergent oceanographic regime (Figure A-9).



**Figure A-9**. Santa Barbara Channel oceanographic regimes (NOAA 2015, Dever 2004).

<u>Upwelling</u>. The upwelling state is named for the upwelling of cold (approximately 11 °C) subsurface waters near Point Conception that often accompanies this state. The upwelling state occurs primarily in spring, although it has also been observed in other seasons. In terms of the conceptual models of the momentum balance, the upwelling state occurs when strong (>10 m/s), persistent (several days or more), upwelling favorable (equatorward) winds overwhelm any poleward, along-shelf pressure gradient.

<u>Convergent</u>. The convergent state is named for the convergence of southward flow west of Point Arguello with westward flow south of Point Conception. The convergent state occurs primarily in summer, although it has also been observed in other seasons. The convergent state tends to occur when upwelling favorable winds and a strong poleward, along-shelf pressure gradient exist. The most characteristic feature of the resulting flow field is a strong counter-clockwise recirculation in the western Santa Barbara Channel with about equal strength in the northern and southern limbs of the recirculation.

<u>Relaxation</u>. The relaxation state is named for the time periods when winds off Point Conception "relax" from their usual equatorward direction. The relaxation state occurs primarily in fall and early winter. The relaxation state occurs when poleward, along-shelf pressure gradients overwhelm upwelling-favorable or weak winds. The most characteristic feature of the resulting flow field is a strong westward flow (>50 cm/s) through the Santa Barbara Channel and to the Santa Maria Basin. Flow in the Santa Maria Basin is strongest along the mainland coast.

The BOEM ran the GNOME model in three oceanographic regimes with oil being released continuously over 10 days, for releases at five locations distributed throughout the geographic range of existing offshore oil and gas operations within the Santa Maria Basin and Santa Barbara Channel: Platform Irene, Platform Hidalgo, Platform Harmony, Platform Hillhouse, and Platform Gail. Platform Elly in the Beta unit; San Pedro Bay, was not modeled because it is located outside of the model domain.

## A.6     References

Anderson, C.M., M. Mayes, and R. LaBelle. 2012. Update of Occurrence Rates for Offshore Oil Spills. BOEM 2012-069; BSEE 20112-069.

Arthur D. Little. 1985. Union Oil Project / Exxon Project Shamrock and Central Santa Maria Basin Area Study EIS/EIR, June 24, 1985

Arthur D. Little. 1984. Point Arguello Field and Gaviota Processing Facility Area Study and Chevron/Texaco Development Plans EIR/EIS.

Dames and Moore. 1980. Environmental Impact Report/Environmental Assessment Union Oil Company Platform Gilda and Platform Gina.

Dever, E. P. 2004. Objective maps of near-surface flow states near Point Conception, California. Journal of Physical Oceanography 34: 444-461.

Farwell, C., C. M. Reddy, E. Peacock, R. K. Nelson, L. Washburn, D. L. Valentine 2009. Weathering and the Fallout Plume of Heavy Oil from Strong Petroleum Seeps Near Coal Oil Point, CA. Environmental Science & Technology 43(10): 3542-3548.

Leifer, I., B. Luyendyk, K. Broderick. 2006. Tracking an oil slick from multiple natural sources, Coal Oil Point, California. Marine and Petroleum Geology.  23(5): 621-630.

MMS. 1986. Platform Gail Environmental Assessment: OCS Environmental Assessment, Lease OCS-P 0205, Santa Clara Unit, Chevron USA Inc., June 19, 1986.

MMS. 2000. Oil-Spill Risk Analysis: Pacific Outer Continental Shelf Program. OCS Report MMS 2000-057. August 2000.

NOAA. 2015. GNOME: Santa Barbara Channel User's Guide. Accessed April 30, 2015: http://response.restoration.noaa.gov/sites/default/files/Gnome_SantaBarbara_UG.pdf

National Research Council (NRC). 2003. Oil in the sea III: Inputs, fates, and effects (Committee on Oil in the Sea: J.N. Coleman, J. Baker, C. Cooper, M. Fingas, G. Hunt, K. Kvenvolden, J. McDowell, J. Michel, K. Michel, J. Phinney, N. Rabalais, L. Roesner, and R.B. Spies). Washington, DC: National Academy Press. 265 pp.

Science Applications, Inc. 1984. Final Environmental Impact Statement/Report for Santa Ynez Unit/Las Flores Canyon Development and Production Plan Proposed by Exxon Company U.S.A. Prepared for U.S. Minerals Management Service, California State Lands Commission, and County of Santa Barbara.

State Lands Commission, Port of Long Beach, and the United States Geological Survey (SLC, PLB, and USGS). 1978. EIR-EA Shell OCS Beta Unit Development. Volumes I-IV.

USGS. 1975. Final EIS Oil and Gas Development in the Santa Barbara Channel Outer Continental Shelf Off California. Vol 1, 2, 3

Zelenke, B., C. O'Connor, C. Barker, C.J. Beegle-Krause, and L. Eclipse (Eds.). (2012). General NOAA Operational Modeling Environment (GNOME) Technical Documentation. U.S. Dept. of Commerce, NOAA Technical Memorandum NOS OR&R 40. Seattle, WA: Emergency Response Division, NOAA. 105 pp. http://response.restoration.noaa.gov/gnome_manual