Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al*.<br><br>      Defendants. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**DECLARATION OF MATI WAIYA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: Aug. 13, 2018<br>Hearing Time: 1:30pm<br>Courtroom: 6A<br>Hon. Philip S. Gutierrez |

*Additional Counsel for Plaintiffs*

Jason A. Weiner (Ca. Bar No. 259264)
Email: jweiner.venturacoastkeeper@wishtoyo.org
9452 Telephone Rd. #432
Ventura, CA 93004
Telephone: (805) 823-3301
Facsimile: (805) 258-5107

## DECLARATION OF MATI WAIYA

I, Mati Waiya, hereby declare:

1.     The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters that reflect a personal opinion, they reflect my personal opinion and judgment upon the matter.

2.     I am a Chumash Ceremonial Elder from the Chumash Mishkanaka Clan or Turtle Clan. I founded the Wishtoyo Foundation (hereinafter "Wishtoyo") in 1997 to preserve and protect Chumash culture, the culture of first nations peoples, to protect natural resources essential for Chumash and all people, and to educate and instill in youth environmental values, awareness, and stewardship. Since founding Wishtoyo, I have served as the Executive Director. I also founded Wishtoyo's Ventura Coastkeeper program and hold the title of the "Ventura Coastkeeper" and Ventura Coastkeeper Executive Director. My responsibilities include directing the activities and operations of Wishotyo and Ventura Coastkeeper.

3.     Wishtoyo is a nonprofit corporation organized under the laws of California with over 700 members. The headquarters and primary meeting places for Wishtoyo are at Wishotyo's Chumash Village located at 33904 Pacific Coast Highway, Malibu, CA 90265 and at our Saticoy office located at 11182 Azahar Street, Ventura, CA 93004.

4.     Wishtoyo's mission is to protect and preserve Chumash Native American culture, the culture of indigenous peoples, and the natural resources all people depend upon.

Declaration of Mati Waiya                                        Case No.2:16-cv-08418-PSG-FFM

5.      As stated in Wishtoyo's bylaws, members "are persons who share the environmental and cultural goals and ideals of Wishtoyo… and who are represented by Wishtoyo in furthering those environmental and cultural goals." Membership in Wishtoyo is established by making monetary donations, assisting on a voluntary basis with various Wishtoyo programs, providing services for Wishtoyo's events, or attending Wishtoyo events or functions.

6.      Wishtoyo has a longstanding record of work to protect and restore the Santa Barbara Channel and the Pacific Ocean. Over the years we have: brought over 13 federal Clean Water Act cases in Los Angeles and Ventura Counties to protect the ocean, its marine life, and its cultural resources along the coasts of these counties and the waters of the Santa Barbara Channel from pollutants; advocated in state and federal forums for adequate protocols and protections to prevent future oil spills along the Gaviota Coast, Santa Barbara Channel, and in California's inland and coastal waters from oil pipelines; participated in the Marine Life Protection Act Initiative to help establish ecologically and culturally protective Marine Protected Areas in the Santa Barbara Channel, Malibu Area, and throughout the Marline Life Protection Act South Coast Region (Point Conception in Santa Barbara County to the California/Mexico border in San Diego County, including offshore islands within state waters); published a Tribal Marine Protected Areas white paper discussing the importance of implementing tribal co-management components into the Marine Protected Areas; ran the Chumash Tribal Marine Protected Area ocean conservation education program to teach social, cultural, and ecological importance of a healthy ocean environment to K-12 school children; provide a California Naturalist Program to certify participants as California Naturalists with a focus on indigenous traditional knowledge and marine science; host annual coastal cleanup volunteer days at various locations in Ventura

Declaration of Mati Waiya                                    Case No.2:16-cv-08418-PSG-FFM

County, including Point Mugu Beach; and partner with other organizations and community members to organize the annual tomol (a traditional Chumash planked canoe) voyage to Limu, an island part of the Santa Barbara Channel Islands.

7.     The ocean and many of its native species are an integral part of Chumash culture. Many Chumash cultural and ceremonial practices rely on the presence of abundant native wildlife, such as blue whales, sea turtles, sea otters, dolphins, pelicans, and black abalone. Harm to and death of dolphins are particularly egregious because to many Chumash people dolphins are relatives and ancestors. As seen during the 2015 Refugio oil spill, in which an estimated 20,000 gallons of oil spilled into the ocean from an old, ruptured pipeline, oil spills devastate the ocean and coastline, and can kill marine life. The Refugio oil spill also impacted Chumash people from gathering from the ocean and coastline the natural cultural resources necessary for food, cultural practices, and ceremonies. Further, the dangerous conditions caused by the spill prevented people from participating in the annual tomol voyage across the Santa Barbara Channel to Limu, Chumash homeland in the Santa Barbara Channel Islands, and the tomol village visits up and down the coast.

8.     The authorization of offshore hydraulic fracturing and other forms of well stimulation in federal waters off the California coast proposed and approved by the Secretary of the U.S. Department of the Interior, the U.S. Department of the Interior, the Bureau of Ocean Energy Management, the Bureau of Safety and Environmental Enforcement, and the Directors of the Pacific Regional Offices ("the Bureaus") was made without proper analysis required under the National Environmental Policy Act ("NEPA") and proper consultation with wildlife agencies required by the Endangered Species Act ("ESA"). I fear because of the lack of proper analysis and consultation, mitigation measures have not been

Declaration of Mati Waiya                               Case No.2:16-cv-08418-PSG-FFM

1    considered and implemented to avoid the release of toxic chemicals and increased

2    risk of oil spills that would severely harm, and perhaps permanently destroy our

3    sensitive marine ecosystems, ocean wildlife in the region, and the Chumash

4    people's cultural resources.

5        9.    I know the actions of the Bureaus in authorizing offshore hydraulic

6    fracturing and other forms of well stimulation will pollute the ocean waters with

7    toxic wastewater, emit hazardous air pollution, and increase the risk of earthquakes

8    and oil spills, because I have read studies that have shown the chemicals in

9    hydraulic fracturing and other forms of well stimulation wastewater are harmful

10   and will pollute the ocean and air when released from the drilling facilities. I have

11   also read studies showing hydraulic fracturing cause soil subsidence and

12   earthquakes, which could destroy the ocean floor. These harms threaten the natural

13   and cultural resources I rely on as a Chumash ceremonial elder and that the

14   members of Wishtoyo rely on.

15       10.   I also know the drilling of new wells will disrupt the ocean floor,

16   which could destroy submerged village and sacred sites of our people and these

17   sites contain sensitive cultural materials. I will be personally harmed knowing that

18   my ancestors' and ancestral sacred sites could be destroyed by the well drilling.

19   Wishtoyo members will also be harmed by well drilling that could destroy

20   Chumash cultural resources.

21       11.   Extended oil drilling, increased traffic of transportation ships, and

22   increased air and water pollution that will follow the Bureaus authorization of

23   offshore hydraulic fracturing and other forms of well simulation will harm the

24   landscape of the Pacific Ocean and Santa Barbra Channel and disrupt the cultural

25   systems and understandings essential for Chumash lifeways. The longer the area

26   remains open to drilling, the longer that I and Wishtoyo members will have our

27   Declaration of Mati Waiya                               Case No.2:16-cv-08418-PSG-FFM

28

1  views of the Santa Barbara Channel obstructed by drilling platforms, lights, and
2  ships. I and Wishtoyo members' health and wellbeing will continue to be at risk
3  when taking a tomol out for the annual tomol voyage at 2am and experience the
4  ocean waters without fear of being hit by transportation ships and poisoned by
5  wastewater from the wells. I and Wishtoyo members will not be able to connect
6  with our ancestors while watching the dolphins and whales from the beach,
7  because we will see oil production operations and the death associated with them.

8      12.   Wishtoyo's interests would be protected by the relief requested in this
9  lawsuit because of Chumash tribes, bands, and clans have a long history of
10  interaction with the marine waters of the Pacific Ocean and the Santa Barbara
11  Channel from Point Conception to Malibu and out to and around the Channel
12  Islands, and rely upon these waters and their natural cultural resources to support
13  and maintain Chumash traditional practices, ways of life, and ancestral
14  connections. Chumash people and members of Wishtoyo have a strong cultural
15  interest in the protection of the Santa Barbara Channel's cultural and natural
16  cultural resources. Members of Wishtoyo use the Santa Barbara Channel for
17  ceremonial purposes, to connect with and celebrate their ancestors and cultural
18  heritage, to gather natural cultural resources, and for educational purposes.

19      13.   My interests would also be protected by the relief requested in this
20  lawsuit because I personally rely upon the Pacific Ocean and the Santa Barbara
21  Channel to maintain my traditional practices and lifeways. I gather and will
22  continue to gather shells, pelican bones, and other marine life for cultural practices.
23  I participate and will continue to participate in the annual tomol voyage to Limu
24  and derive pleasure from knowing that our Chumash brothers and sisters have the
25  ability to navigate traditional tomols across the Santa Barbara Channel and visit the
26  homelands of Limu.  I also enjoy and will always enjoy viewing dolphins and other

27  Declaration of Mati Waiya                                    Case No.2:16-cv-08418-PSG-FFM

28

1  marine species living in the Santa Barbara Channel, because they remind me of my

2  ancestors and connect me to my Chumash culture. Knowing the remains of ancient

3  villages, sunk tomols, and resting places of Chumash ancestors lay on top or under

4  the sea floor without risk of harm from fracking and other well stimulation would

5  bring me peace.

6      14.    Taking action to stop the harms to the Pacific Ocean and the Santa

7  Barbara Channel caused by the Bureaus is directly germane to Wishtoyo's mission

8  of protecting the Pacific Ocean, its marine species, and the cultural resources for

9  the benefit of coastal communities and Chumash culture. Further, stopping the

10 harms to the Pacific Ocean caused by the Bureaus will prevent the impacts from

11 fracking operations and other forms of well stimulation on my cultural and

12 ceremonial practices and my enjoyment of the Pacific Ocean and healthy marine

13 species.

14

15

16 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

17 is true and correct.

18

19 *February 6, 2018*

20 Date

                                     Mati Waiya

21                                      Executive Director

                                     Wishtoyo Foundation

22

23

24

25

26

27  Declaration of Mati Waiya                            Case No.2:16-cv-08418-PSG-FFM

28