Nicholas M. Lampros (Bar No. 299618)
Email: nlampros@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4755
Fax: (424) 332-4749

Steven J. Rosenbaum (Admitted pro hac vice)
Email: srosenbaum@cov.com
Bradley K. Ervin
Email: bervin@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662- 6000
Fax: (202) 662-6291

*Attorneys for Intervenor*
AMERICAN PETROLEUM INSTITUTE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORP. and DCOR, LLC, <br><br> Intervenor-Defendants. | Civil Case No.: 2:16-cv-08418-PSG-FFM <br><br> **STIPULATION TO CONTINUE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Date: September 10, 2018 <br><br> Time: 1:30 p.m. <br><br> Courtroom No. 6A <br><br> Hon. Philip S. Gutierrez |

      Plaintiffs, Federal Defendants, and Intervenor-Defendants, pursuant to Local Civil Rule 7-11, hereby stipulate to a continuance of the hearing date on the parties' cross-motions for summary judgment until November 5, 2018, and request that this Court enter an order adopting the same.

1. On November 21, 2017, the Court approved a briefing schedule for the parties' cross-motions for summary judgment. *See* Order Approving Joint Federal Rule of Civil Procedure Rule 26(f) Report (Dkt. No. 91). Among other things, the approved schedule set the hearing on the parties' cross-motions for August 13, 2018. *See* Joint Federal Rule of Civil Procedure Rule 26(f) Report (Dkt. No. 90), at 7.

2. On July 13, 2018, the Court on its own motion continued the hearing on the parties' cross-motions for summary judgment until September 10, 2018. *See* Order (Dkt. No. 117).

3. On July 26, 2018, the parties concluded briefing on the cross-motions for summary judgment when the Defendant-Intervenors filed their reply briefs. *See* American Petroleum Institute ("API") Reply in Supp. of Summ. J. (Dkt. No. 119); DCOR, LLC Reply in Supp. of Summ. J. (Dkt. No. 120); Exxon Mobil Corporation Reply in Supp. of Summ. J. (Dkt. No. 121).

4. The continued hearing date (September 10) raises conflicts for counsel of record in this case. Because September 10 is a Jewish holiday, lead counsel for API will be unable to appear. To ensure representation of all parties, and provide a full argument of the issues to the Court, the parties seek a continuance of the September 10, 2018 hearing date.

5. The parties have therefore agreed to a continuance of the hearing, upon the Court's approval, until November 5, 2018. November 5 is the next available date on the Court's civil hearing calendar on which all counsel of record can attend, and will result in only a modest further delay in resolution of the parties' pending cross-motions for summary judgment.

      Respectfully submitted this 17th day of August, 2018,

|  |  |
|---|---|
|  | */s/ Nicholas M. Lampros* |
|  | Nicholas M. Lampros (Bar. No. 299618) |
|  | Email: nlampros@cov.com |
|  | COVINGTON & BURLING LLP |
|  | 1999 Avenue of the Stars |
|  | Suite 3500 |
|  | Los Angeles, CA 90067 |
|  | Telephone: (424) 332-4755 |
|  | Fax: (424) 332-4749 |
|  |  |
|  | Steven J. Rosenbaum (Admitted *pro hac vice*) |
|  | Bradley K. Ervin |
|  | COVINGTON & BURLING LLP |
|  | One CityCenter, 850 Tenth Street, N.W. |
|  | Washington, D.C. 20001 |
|  | Tel: (202) 662-5568 |
|  | Fax: (202) 778-5568 |
|  | srosenbaum@cov.com |
|  | bervin@cov.com |
| August 17, 2018 | *Attorneys for Intervenor American Petroleum Institute* |

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Joseph H. Kim (by N. Lampros, w.auth.)*
JOSEPH H. KIM
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Tel: (202) 305-0207
joseph.kim@usdoj.gov

*Attorney for Federal Defendants*


*/s/ Linda Krop (by N. Lampros, w.auth.)*
LINDA KROP
Environmental Defense Center
906 Garden Street
Santa Barbara, California 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
lkrop@environmentaldefensecenter.org

*Attorney for Plaintiffs Environmental Defense Center and Santa Barbara Channelkeeper*

2

STIPULATION TO CONTINUE HEARING DATE
Civil Case No.: 2:16-cv-08418

      */s/ Kristen Monsell (by N. Lampros, w.auth.)*
KRISTEN MONSELL
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7137
Fax: (510) 844-7150
kmonsell@biologicaldiversity.org

*Attorney for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation*

      */s/ George Torgun (by N. Lampros, w.auth.)*
GEORGE TORGUN
Deputy Attorney General
State of California
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Tel: (510) 879-1002
Fax: (510) 622-2270
George.Torgun@doj.ca.gov

*Attorney for Plaintiffs People of the State of California, ex rel. Xavier Becerra, Attorney General, and California Coastal Commission*

      */s/ Jonathan A. Hunter (by N. Lampros, w.auth.)*
JONATHAN A. HUNTER
Jones Walker LLP
201 St. Charles Ave.
New Orleans, LA 70170
Tel: (504) 582-8279
Fax: (504) 589-8279
jhunter@joneswalker.com

*Attorney for Intervenor-Defendant Exxon Mobil Corporation*

                                                            */s/  L. Poe Leggette (by N. Lampros, w.auth.)*
                                                            L. POE LEGGETTE
                                                            Baker & Hostetler LLP
                                                            1801 California Street, Suite 4400
                                                            Denver, CO 80202-2662
                                                            Tel: 303-861-0600
                                                            Fax: 303-861-7805
                                                            pleggette@bakerlaw.com

*Attorney for Intervenor-Defendant DCOR, LLC*

## L.R. 5-4.3.4 CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above signatories authorized this filing and concur in its contents.

Dated: August 17, 2018                              */s/ Nicholas M. Lampros*
                                                                   Nicholas M. Lampros

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I caused the foregoing to be served upon all counsel of record in this action through the Court's CM/ECF System.

Dated: August 17, 2018                      */s/ Nicholas M. Lampros*
                                             Nicholas M. Lampros