

Nicholas M. Lampros (Bar No. 299618)
Email: nlampros@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4755
Fax: (424) 332-4749

Steven J. Rosenbaum (Admitted pro hac vice)
Email: srosenbaum@cov.com
Bradley K. Ervin
Email: bervin@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Intervenor*
AMERICAN PETROLEUM INSTITUTE

**MANDATORY CHAMBERS COPY**

E-FILED
AUG 23 2018

Document # _____
MTNS: 95/96/97
102/106/108/107

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BUREAU OF OCEAN ENERGY MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORP. and DCOR, LLC, <br><br> Intervenor-Defendants. | Civil Case No.: 2:16-cv-08418-PSG-FFM <br><br> Hon. Philip S. Gutierrez <br><br> [~~PROPOSED~~] ORDER ON HEARING SCHEDULING |

1     For good cause shown, **IT IS HEREBY ORDERED THAT**: the parties' Stipulation to Continue Hearing Date on Cross-Motions for Summary Judgment is hereby **APPROVED**. Accordingly, **IT IS HEREBY FURTHER ORDERED THAT** the hearing on the parties' cross-motions for summary judgment is continued from September 10, 2018 until November 5, 2018.

Dated: August 21, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT