# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-8418-PSG (FFMx) | Date | November 5, 2018 |
| Title | ENVIRONMENTAL DEFENSE CENTER ET AL -VS- BUREAU OF OCEAN ENERGY MANAGEMENT ET AL | | |

**Present: The Honorable** Philip S. Gutierrez, United States District Court Judge

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Linda Krop; George Torgun; Kristen Monsell; Maggie Hall | Joseph Kim; Poe Leggette; Jonathan Hunter; Steven Rosenbaum; Stephen Wiegand; Dawn Sestito |

**Proceedings:**   PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
FILED 02-12-18 (DOC. 95)

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
FILED 02-12-18 (DOC. 96)

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
FILED 02-12-18 (DOC. 97)

FEDERAL DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT
FILED 04-12-18 (DOC. 102)

INTERVENOR AMERICAN PETROLEUM INSTITUTE'S MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
FILED 05-14-18 (DOC. 106)

DEFENDANT-INTERVENOR DCOR, LLC'S MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT
FILED 05-14-18 (DOC. 107)

DEFENDANT-INTERVENOR EXXON MOBIL CORP.'S MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
FILED 05-14-18 (DOC. 108)

   Having considered all papers submitted in support of and in opposition to the Motions referenced above, and the oral argument presented today, the Court takes the motions under submission.  A ruling will be issued after full consideration of the submitted pleadings.

                                                                                              :   30

                                            Initials of Preparer    wh