Margaret Morgan Hall (Bar No. 293699)
Email: mhall@environmentaldefensecenter.org
Linda Krop (Bar No. 118773)
Email: lkrop@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, California 93101
Telephone: (805) 963-1622
Facsimile: (805) 962-3152
*Attorneys for Plaintiffs Environmental Defense
Center and Santa Barbara Channelkeeper*

Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150
*Attorneys for Plaintiffs Center for Biological
Diversity and Wishtoyo Foundation*

E-FILED 11/27/18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al*.<br><br>Defendants. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

1       Based on the Joint Stipulation of the parties, and for good cause shown, IT IS

2   HEREBY ORDERED THAT:

3       The Joint Stipulation to Continue Plaintiffs' Deadline to File Motions for

4   Attorneys' Fees and Costs is APPROVED. Accordingly, IT IS HEREBY FURTHER

5   ORDERED THAT:

6       Plaintiffs' motions for attorneys' fees and costs are due January 22, 2019.

7

8       Dated:  November _27_, 2018.

9

10

# PHILIP S. GUTIERREZ

11   HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28