MANDATORY CHAMBERS COPY

1 | Margaret Morgan Hall (Bar No. 293699)
2 | Email: mhall@environmentaldefensecenter.org
Linda Krop (Bar No. 118773)
3 | Email: lkrop@environmentaldefensecenter.org
4 | ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
5 | Santa Barbara, California 93101
6 | Telephone: (805) 963-1622
Facsimile: (805) 962-3152
7 | *Attorneys for Plaintiffs Environmental Defense*
8 | *Center and Santa Barbara Channelkeeper*

9 | Kristen Monsell (CA Bar No. 304793)
10 | Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
11 | Email: ejeffers@biologicaldiversity.org
12 | Center for Biological Diversity
1212 Broadway, Suite 800
13 | Oakland, CA 94612
14 | Phone: (510) 844-7137
Facsimile: (510) 844-7150
15 | *Attorneys for Plaintiffs Center for Biological*
16 | *Diversity and Wishtoyo Foundation*

17
**IN THE UNITED STATES DISTRICT COURT**
18 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
19

20 | ENVIRONMENTAL DEFENSE
CENTER, *et al.*,
21 | Plaintiffs,

22 | v.

23

24 | BUREAU OF OCEAN ENERGY
MANAGEMENT, *et al.*
25 | Defendants,

26

and AMERICAN PETROLEUM
27 | INSTITUTE, *et al.*
Intervenor-Defendants.
28

Case No. 2:16-cv-08418-PSG-FFM

[~~PROPOSED~~] ORDER TO
CONTINUE PLAINTIFFS'
DEADLINE TO FILE MOTIONS
FOR ATTORNEYS' FEES AND
COSTS

1       Based on the Joint Stipulation of Plaintiffs Environmental Defense Center, Santa

2 Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation

3 (collectively, "Plaintiffs") and Federal Defendants, and for good cause shown, IT IS

4 HEREBY ORDERED THAT:

5       The Joint Stipulation to Continue Plaintiffs' Deadline to File Motions for

6 Attorneys' Fees and Costs is APPROVED. Accordingly, IT IS HEREBY FURTHER

7 ORDERED THAT:

8       Plaintiffs' deadlines to file motions for attorneys' fees and costs are continued.

9 Plaintiffs and Federal Defendants shall, within 10 days of appropriations being restored,

10 agree to a new deadline for such motions that is 30-60 days thereafter and file a notice

11 with the Court apprising the Court of the agreed-upon deadline.

12

13       Dated: January _14_, 2019.

14

15

16                    HON. PHILIP S. GUTIERREZ

                     UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Case No. 2:16-cv-08418-PSG-FFMx         2