

Margaret Morgan Hall (Bar No. 293699)
Email: mhall@environmentaldefensecenter.org
Linda Krop (Bar No. 118773)
Email: lkrop@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, California 93101
Telephone: (805) 963-1622
Facsimile: (805) 962-3152
*Attorneys for Plaintiffs Environmental Defense Center and Santa Barbara Channelkeeper*

Mandatory Chambers Copy




Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150
*Attorneys for Plaintiffs Center for Biological Diversity and Wishtoyo Foundation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*<br>Defendants,<br><br>and AMERICAN PETROLEUM INSTITUTE, *et al.*<br>Intervenor-Defendants. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

Based on the Joint Stipulation of Plaintiffs Environmental Defense Center, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation (collectively, "Plaintiffs") and Federal Defendants, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Joint Stipulation to Set Schedule for Plaintiffs' Motions for Attorneys' Fees and Costs is APPROVED. Accordingly, IT IS HEREBY FURTHER ORDERED THAT:

Plaintiffs' Motions for Attorneys' Fees and Costs shall be due April 22, 2019; Responses shall be due May 20, 2019; Replies shall be due June 4, 2019; and the matter shall be set for hearing on July 1, 2019.

Dated: February 11, 2019.

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT