JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
JOSEPH H. KIM (IL 6243249)
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel:   (202) 305-0207
E-mail: joseph.kim@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, et al.,<br><br>    Defendants,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>    Intervenor-Defendants. | No. 2:16-cv-08418-PSG-FFMx<br><br>Hon. Philip S. Gutierrez<br><br>**DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENOR DCOR, LLC'S MOTION FOR PARTIAL AMENDMENT OF JUDGMENT OR PARTIAL RELIEF FROM ORDER**<br><br>**Hearing Date:  Apr. 29, 2019**<br>**Hearing Time:  1:30 p.m.** |

## DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENOR DCOR, LLC'S MOTION FOR PARTIAL AMENDMENT OF JUDGMENT OR PARTIAL RELIEF FROM ORDER

Federal Defendants maintain that there has been no violation of law and therefore no remedy is warranted, whether an injunction against future agency action or a requirement to perform a consistency determination pursuant to 16 U.S.C. § 1456(c)(1). Notwithstanding this, Federal Defendants do not move for reconsideration or amendment of the judgment.

With respect to the merits of DCOR's motion, Federal Defendants take no position, as the underlying arguments turn primarily on DCOR's specific business circumstances. However, Federal Defendants provide the following brief factual clarifications regarding the two Applications for Permits to Modify ("APMs") referenced in DCOR's motion.

Regarding APM S-62, which DCOR submitted to the Bureau of Safety and Environmental Enforcement ("BSEE") on December 6, 2016, BSEE previously asked the Bureau of Ocean Energy Management ("BOEM") to review this APM to determine whether the activities proposed were described in DCOR's existing Development and Production Plan ("DPP") for the relevant project. *See generally* Defs.' Motion to Dismiss, Dkt. No. 43, pp. 16-17; Decl. of M. Mitchell, Dkt. No. 43-1 ¶¶ 9-13; January 19, 2017, Letter from BOEM to DCOR, Dkt. No. 43-1 Ex. 1D. By letter dated January 19, 2017, BOEM determined that DCOR's existing

DPP did not describe the activities proposed in APM S-62 and, accordingly, DCOR was required to submit and obtain BOEM approval of a supplemental DPP before BSEE can complete its review and issue a decision on APM S-62.  January 19, 2017, Letter from BOEM to DCOR, Dkt. No. 43-1 Ex. 1D.  To date, DCOR has not submitted the required supplemental DPP to BOEM.  Any supplemental DPP would undergo further analysis under the National Environmental Policy Act, and be subject to consultation under the Endangered Species Act and consistency certification review by the State of California pursuant to the Coastal Zone Management Act (16 U.S.C. § 1456(c)(3)), before it could be approved by BOEM. *Id.*

Regarding APM S-28, which DCOR submitted to BSEE on January 10, 2019, this APM seeks to conduct similar activities at the same platform under the same DPP as those described in APM S-62.  Therefore, the requirement to submit a supplemental DPP also applies to, and precludes BSEE's current processing of, APM S-28.  Accordingly, and due to the application lacking sufficient information, on January 16, 2019, BSEE returned APM S-28 to DCOR without taking further action.

Respectfully submitted this 25th day of March, 2019.

              JEAN E. WILLIAMS
              Deputy Assistant Attorney General
              Environment & Natural Resources Division

/s/ Joseph H. Kim
JOSEPH H. KIM
Natural Resources Section

*Attorneys for Federal Defendants*

Of Counsel:

Joanna Brinkman
Melissa Hearne
Office of the Solicitor
U.S. Department of the Interior

## CERTIFICATE OF SERVICE

I, Joseph H. Kim, hereby certify that, on March 25, 2019, I caused the foregoing to be served upon counsel of record through the Court's electronic service. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2019                              */s/ Joseph H. Kim*
                                                                   JOSEPH H. KIM