Nicholas M. Lampros (Bar No. 299618)
Email: nlampros@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4755
Fax: (424) 332-4749

Steven J. Rosenbaum (Admitted pro hac vice)
Email: srosenbaum@cov.com
Bradley K. Ervin
Email: bervin@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662- 6000
Fax: (202) 662-6291

*Attorneys for Intervenor-Defendant*
AMERICAN PETROLEUM INSTITUTE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORP. and DCOR, LLC,<br><br>Intervenor-Defendants. | Civil Case No.: 2:16-cv-08418-PSG-FFM<br><br>**INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Intervenor-Defendant American Petroleum Institute ("API") hereby appeals to the United States Court of Appeals for the Ninth Circuit from, without limitation, the United States District Court for the Central District of California's July 14, 2017 Order denying the defendants' and API's motions to dismiss (Dkt. No. 74), November 9, 2018 Order on the parties' cross-motions for summary judgment (Dkt. No. 126), and December 13, 2018 Judgment (Dkt. No. 132), copies of which are attached to this Notice as Exhibits A, B, and C.

The United States District Court for the Central District of California's Judgment became final and appealable on April 23, 2019, upon the denial of a timely motion for reconsideration.

API's Representation Statement is attached to this Notice as required by Circuit Rule 3-2(b).

Respectfully submitted,

*/s/ Nicholas M. Lampros*
Nicholas M. Lampros (Bar. No. 299618)
Email: nlampros@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4755
Fax: (424) 332-4749

Steven J. Rosenbaum (Admitted *pro hac vice*)
Bradley K. Ervin
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

May 7, 2019                  *Attorneys for Intervenor-Defendant*
                            *AMERICAN PETROLEUM INSTITUTE*

1

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

# REPRESENTATION STATEMENT

The undersigned represent Intervenor-Defendant American Petroleum Institute ("API"), and no other party.  Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), API submits this representation statement.  The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| Parties | Counsel of Record |
|---------|-------------------|
| Plaintiffs Environmental Defense Center and Santa Barbara Channelkeeper | Margaret Morgan Hall<br>Linda Krop<br>Tara Catherine Messing<br>Environmental Defense Center<br>906 Garden Street<br>Santa Barbara, California 93101<br>Telephone: (805) 963-1622<br>Fax: (805) 962-3152<br>mhall@environmentaldefensecenter.org<br>lkrop@environmentaldefensecenter.org<br>tmessing@environmentaldefensecenter.org |
| Plaintiffs Center for Biological Diversity and Wishtoyo Foundation | Kristen Monsell<br>Emily Jeffers<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Telephone: (510) 844-7137<br>Fax: (510) 844-7150<br>kmonsell@biologicaldiversity.org<br>ejeffers@biologicaldiversity.org<br><br>Anchun Jean Su<br>Center for Biological Diversity<br>351 California St., Suite 600<br>San Francisco, CA 94104 |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

| | Telephone: (415) 632-5339<br>jsu@biologicaldiversity.org<br><br>Jason Adam Weiner<br>Wishtoyo Foundation - Ventura<br>  Coastkeeper<br>9452 Telephone Rd., Suite 432<br>Ventura, CA 93004<br>Telephone: (805) 823-3301<br>Fax: (805) 258-5107<br>jweiner.venturacoastkeeper@wishtoyo.org |
|---|---|
| Plaintiffs People of the State of California, ex rel. Xavier Becerra, Attorney General, and California Coastal Commission | Xavier Becerra<br>Attorney General of California<br>David Alderson<br>George Torgun<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1002<br>Fax: (510) 622-2270<br>George.Torgun@doj.ca.gov |
| Defendants Bureau of Ocean Energy Management ("BOEM"); Richard Yarde, Regional Supervisor, Office of Environment, BOEM; Bureau of Safety and Environmental Enforcement ("BSEE"); David Fish, Chief, Environmental Compliance Division, BSEE; Walter Cruickshank, Acting Director, BOEM; Scott Angelle, Director, BSEE; Joan Barminski, Pacific Region Director, BOEM; Mark Fesmire, Pacific Region Director, BSEE; United States Department of the Interior; and David Bernhardt, Secretary of the Interior | Joseph H. Kim<br>Environment & Natural Resources<br>  Division<br>United States Department of Justice<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044<br>Tel: (202) 305-0207<br>joseph.kim@usdoj.gov |
| | |

3

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

| Intervenor-Defendant American Petroleum Institute | Nicholas M. Lampros<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Suite 3500<br>Los Angeles, CA 90067<br>Telephone: (424) 332-4755<br>Fax: (424) 332-4749<br>nlampros@cov.com<br><br>Steven J. Rosenbaum<br>Bradley K. Ervin<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, D.C. 20001<br>Tel: (202) 662-5568<br>Fax: (202) 778-5568<br>srosenbaum@cov.com<br>bervin@cov.com |
| Intervenor-Defendant Exxon Mobil Corporation | M. Randall Oppenheimer<br>Dawn Sestito<br>O'MELVENY & MYERS LLP<br>400 South Hope Street Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000<br>Fax: (213) 430-6407<br>roppenheimer@omm.com<br>dsestito@omm.com<br><br>Jonathan A. Hunter<br>JONES WALKER LLP<br>201 St. Charles Avenue, Suite 5100<br>New Orleans, LA 70170<br>Telephone: (504) 582-8279<br>Fax: (504) 589-8279<br>jhunter@joneswalker.com<br><br>Stephen W. Wiegand<br>Carson M. Haddow<br>LISKOW & LEWIS |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

| | |
|---|---|
| | 701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Fax: (504) 556-4108<br>swwiegand@liskow.com<br>chaddow@liskow.com |
| Intervenor-Defendant DCOR, LLC | Michael R. Matthias<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: (310) 820-8800<br>Fax: (310) 820-8859<br>mmatthias@bakerlaw.com<br><br>L. Poe Leggette<br>Mark S. Barron<br>Emily B. Thomas<br>Matthew D. Pearson<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>Telephone: (303) 861-0600<br>Fax: (303) 861-7805<br>pleggette@bakerlaw.com<br>mbarron@bakerlaw.com<br>ethomas@bakerlaw.com<br>mpearson@bakerlaw.com |

Respectfully submitted,

*/s/ Nicholas M. Lampros*
Nicholas M. Lampros (Bar. No. 299618)
Email: nlampros@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4755
Fax: (424) 332-4749

5

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

Steven J. Rosenbaum
  (Admitted *pro hac vice*)
Bradley K. Ervin
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C. 20001
Tel: (202) 662-5568
Fax: (202) 778-5568
srosenbaum@cov.com
bervin@cov.com

May 7, 2019

*Attorneys for Intervenor-Defendant
AMERICAN PETROLEUM INSTITUTE*

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:16-cv-08418

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, I caused the foregoing to be served upon all counsel of record in this action through the Court's CM/ECF System.

Dated: May 7, 2019                     */s/Nicholas M. Lampros*
                                       Nicholas M. Lampros

7