UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>　　　　Defendant-Appellee,<br><br>AMERICAN PETROLEUM INSTITUTE,<br><br>　　　Intervenor-Defendant-<br>　　　Appellant,<br><br>　and<br><br>RICHARD YARDE, Regional Supervisor, Office of Environment, Bureau of Ocean Energy Management; et al.,<br><br>　　　　Defendants,<br><br>EXXON MOBIL CORPORATION; DCOR, LLC,<br><br>　　　　Intervenor-Defendants. | No.　19-55526<br><br>D.C. Nos.<br>2:16-cv-08418-PSG-FFM<br>2:16-cv-08473-PSG-FFM<br>2:16-cv-09352-PSG-FFM<br>Central District of California, Los Angeles<br><br>ORDER |

tah/6.29.20/ProMo

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BUREAU OF OCEAN ENERGY MANAGEMENT; et al., <br><br> Defendants, <br><br> AMERICAN PETROLEUM INSTITUTE; DCOR, LLC, <br><br> Intervenor-Defendants, <br><br> and <br><br> EXXON MOBIL CORPORATION, <br><br> Intervenor-Defendant-Appellant. | No. 19-55707 <br><br> D.C. Nos. <br> 2:16-cv-08418-PSG-FFM <br> 2:16-cv-08473-PSG-FFM <br> 2:16-cv-09352-PSG-FFM |
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, <br><br> Plaintiffs-Appellants, <br><br> and <br><br> PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; et al., <br><br> Plaintiffs, | No. 19-55708 <br><br> D.C. Nos. <br> 2:16-cv-08418-PSG-FFM <br> 2:16-cv-08473-PSG-FFM <br> 2:16-cv-09352-PSG-FFM |

| | |
|---|---|
| v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; et al.,<br><br>        Defendants-Appellees,<br><br>AMERICAN PETROLEUM INSTITUTE; et al.,<br><br>        Intervenor-Defendants-<br>        Appellees. | |
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; et al.,<br><br>        Defendants,<br><br>AMERICAN PETROLEUM INSTITUTE; EXXON MOBIL CORPORATION,<br><br>        Intervenor-Defendants,<br><br> and<br><br>DCOR, LLC,<br><br>        Intervenor-Defendant-<br>        Appellant. | No.   19-55718<br><br>D.C. Nos.<br>2:16-cv-08418-PSG-FFM<br>2:16-cv-08473-PSG-FFM<br>2:16-cv-09352-PSG-FFM |

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>AMERICAN PETROLEUM INSTITUTE; et al.,<br><br>        Intervenor-Defendants. | No.   19-55725<br><br>D.C. Nos.<br>2:16-cv-08418-PSG-FFM<br>2:16-cv-08473-PSG-FFM<br>2:16-cv-09352-PSG-FFM |
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. Xavier Becerra, Attorney General; CALIFORNIA COASTAL COMMISSION,<br><br>        Plaintiffs-Appellants,<br><br> and<br><br>ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al.,<br><br>        Plaintiffs,<br><br> v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; et al., | No.   19-55727<br><br>D.C. Nos.<br>2:16-cv-08418-PSG-FFM<br>2:16-cv-08473-PSG-FFM<br>2:16-cv-09352-PSG-FFM |

     Defendants-Appellees,

AMERICAN PETROLEUM INSTITUTE; et al.,

  Intervenor-Defendants-Appellees.

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION,<br><br>    Plaintiffs-Appellants,<br><br> and<br><br>ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT; et al.,<br><br>    Defendants-Appellees,<br><br>AMERICAN PETROLEUM INSTITUTE; et al.,<br><br>  Intervenor-Defendants-Appellees. | No. 19-55728<br><br>D.C. Nos.<br>2:16-cv-08418-PSG-FFM<br>2:16-cv-08473-PSG-FFM<br>2:16-cv-09352-PSG-FFM |

Before: Peter L. Shaw, Appellate Commissioner.

The federal defendants' unopposed motion (Docket Entry No. 71) to file an oversized third cross-appeal brief is granted. The Clerk shall file the federal defendants' third cross-appeal brief (Docket Entry No. 69).

The optional cross-appeal reply brief is due within 30 days after the date of this order.