Margaret Morgan Hall (Bar No. 293699)
Email: mhall@environmentaldefensecenter.org
Linda Krop (Bar No. 118773)
Email: lkrop@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, California 93101
Telephone: (805) 963-1622
Facsimile: (805) 962-3152
*Attorneys for Plaintiffs Environmental Defense Center and Santa Barbara Channelkeeper*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*<br>Defendants,<br><br>and AMERICAN PETROLEUM INSTITUTE, *et al.*<br>Intervenor-Defendants. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

Joint Stipulation to Extend Deadline for Plaintiffs'
Motions for Attorneys' Fees and Costs
Case No. 2:16-cv-08418-PSG-FFMx                    1

Plaintiffs Environmental Defense Center, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation (collectively, "Plaintiffs") and Federal Defendants Bureau of Ocean Energy Management, et al. (collectively, "parties") hereby stipulate to extend the deadline for Plaintiffs' motion for attorneys' fees and costs under the Endangered Species Act ("ESA") to the same deadline statutorily provided for applications under the Equal Access to Justice Act ("EAJA"). The parties request that this Court enter an order adopting the same.[1]

1. On November 9, 2018, the Court issued an order on cross motions for summary judgment. Dkt. No. 126. The Court entered Judgment on December 13, 2018. Dkt. No. 132. The parties subsequently filed cross appeals in the Ninth Circuit Court of Appeals. Dkt. Nos. 155, 160, 161, 162, 163, 167, and 168.

2. On June 3, 2022, the Ninth Circuit Court of Appeals issued a judgment affirming in part, reversing in part, and remanding to this Court. *EDC v. BOEM*, Case No. 19-55526, Dkt. No. 129-1. The Ninth Circuit ruled in favor of Plaintiffs under both the ESA and the National Environmental Policy Act ("NEPA"). In light of that ruling, Plaintiffs intend to seek attorneys' fees and costs under both the ESA and EAJA.

3. The parties previously stipulated to, and the Court granted, extensions of the deadline for the motions for attorneys' fees and costs in this matter. *See, e.g.*, Dkt. No. 196. The Court held a status conference on November 18, 2022, and issued an order setting the briefing schedule for the motions for attorneys' fees and costs, with the motions due January 24, 2023, and the hearing on April 7, 2023. Dkt. No. 213.

4. Since that time, Intervenors in this case applied for an extension of time in which to file a petition for a writ of certiorari in the Supreme Court of the United States. The Supreme Court granted that request on December 19, 2022, and set the deadline of January 25, 2023. Case: 19-55526, Dkt. No. 145.

---

[1] Because Plaintiffs would limit any fees request to the Federal Defendants, Intervenors American Petroleum Institute, ExxonMobil Corporation, and DCOR LLC do not have an interest in this issue.

Joint Stipulation to Extend Deadline for Plaintiffs'
Motions for Attorneys' Fees and Costs
Case No. 2:16-cv-08418-PSG-FFMx                2

5.  Under EAJA, Plaintiffs' application for fees and costs is due within 30 days of a final judgment. 28 U.S.C. § 2412(d)(1)(A)-(B). A judgment is final for purposes of EAJA once the time to petition the Supreme Court for review has passed, or if a petition is filed, 30 days after resolution of that petition. *See, e.g.*, *Al-Harbi v. Immigration and Naturalization Serv.*, 284 F.3d 1080, 1083 (9th Cir. 2002) (agreeing with other circuits that "the 30–day period during which an applicant can file for EAJA fees begins to run only after the 90–day time for filing a petition for writ of certiorari with the Supreme Court has expired"); *see also id.* at 1084 (noting that "'final judgment' . . . designat[es] the date on which a party's case has met its final demise, such that there is no longer any possibility that the district court's judgment is open to attack.'" (citation omitted)); 28 U.S.C. § 2412(d)(2)(G) (a final judgment is a judgment that is "final and not appealable").

6.  The parties seek to align the deadline for Plaintiffs' motions for attorneys' fees and costs under the ESA to align with the statutory deadlines provided under EAJA.

7.  Accordingly, the parties now respectfully request that the deadline for the motions for attorneys' fees and costs under both the ESA and EAJA be set for 30 days after the deadline for a petition for certiorari has passed, if none filed, or if one is filed, 30 days after the Supreme Court's denial of such petition. Should the Supreme Court grant the petition, the parties will discuss further extending this deadline.

8.  In addition, the parties intend to attempt to resolve the attorneys' fees and costs in this matter without the need for further litigation and will meet and confer pursuant to Local Rule 7-3 in advance of any motions being filed.

9.  The requested deadline will promote judicial economy by combining various motion deadlines into one, and enabling the parties to engage in settlement discussions which may obviate the need for motions.

Joint Stipulation to Extend Deadline for Plaintiffs'
Motions for Attorneys' Fees and Costs
Case No. 2:16-cv-08418-PSG-FFMx            3

10. By joining this stipulation, Federal Defendants do not agree that Plaintiffs are entitled to recover attorneys' fees in this case, or to the amount of any such fees. Defendants do not waive any objection or defense they may have to Plaintiffs' claim for attorneys' fees.

Respectfully submitted January 9, 2023

/s/ Margaret Hall
MARGARET HALL
Environmental Defense Center
906 Garden Street
Santa Barbara, California 93101
Tel: (805) 963-1622
Fax: (805) 962-3152
mhall@environmentaldefensecenter.org
*Attorneys for Plaintiffs
Environmental Defense Center
And Santa Barbara Channelkeeper*

/s/ Kristen Monsell
KRISTEN MONSELL
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7137
Fax: (510) 844-7150
kmonsell@biologicaldiversity.org
*Attorneys for Plaintiffs
Center for Biological Diversity
and Wishtoyo Foundation*

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Chief
MEREDITH L. FLAX, Assistant Chief
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

/s/ Davis Backer
DAVIS BACKER (CO Bar #53502)
Trial Attorney
United States Department of Justice
Washington, D.C. 20044-7369
Tel. (202) 514-5243
Fax (202) 305-0275
Email: davis.backer@usdoj.gov
*Attorneys for Federal Defendants*

Joint Stipulation to Extend Deadline for Plaintiffs'
Motions for Attorneys' Fees and Costs
Case No. 2:16-cv-08418-PSG-FFMx           4

1  I, Margaret M. Hall, in accordance with Local Rule 5-4.3.4(a)(2)(i), attest that Davis
2  Backer and Kristen Monsell reviewed the pleading presented above, concurred in the
   content, and authorized the filing of this document bearing his signature with the Court.
3
4                                         */s/ Margaret M. Hall*

5                                         MARGARET M. HALL
                                          *Attorneys for Plaintiffs*
                                          *Environmental Defense Center*
6                                         *And Santa Barbara Channelkeeper*

Joint Stipulation to Extend Deadline for Plaintiffs'
Motions for Attorneys' Fees and Costs
Case No. 2:16-cv-08418-PSG-FFMx            5