Margaret Morgan Hall (Bar No. 293699)
Email: mhall@environmentaldefensecenter.org
Linda Krop (Bar No. 118773)
Email: lkrop@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, California 93101
Telephone: (805) 963-1622
Facsimile: (805) 962-3152
*Attorneys for Plaintiffs Environmental Defense Center and Santa Barbara Channelkeeper*

FILED
CLERK, U.S. DISTRICT COURT
1/12/23
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

LINK 216

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al*.<br>Defendants,<br><br>and AMERICAN PETROLEUM INSTITUTE, *et al*.<br>Intervenor-Defendants. | Case No. 2:16-cv-08418-PSG-FFM<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS |

1  Based on the Joint Stipulation of Plaintiffs Environmental Defense Center, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation (collectively, "Plaintiffs"), and Federal Defendants, and for good cause shown, IT IS HEREBY ORDERED THAT:

The Joint Stipulation to Extend the Deadline for Plaintiffs' Motions for Attorneys' Fees and Costs is APPROVED. Accordingly, IT IS HEREBY FURTHER ORDERED THAT:

> Plaintiffs' Motions for Attorneys' Fees and Costs pursuant to the Endangered Species Act, 16 U.S.C. § 1540(g)(4), and Plaintiffs' fees applications under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A)-(B), shall be due 30 days after the deadline for a petition for certiorari in this case has passed, if none filed, or if one is filed, 30 days after the Supreme Court's denial of such petition.

Dated: 01/2/23

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT