# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*, <br><br> *Defendants*. | Case No. 2:16-cv-08418-PSG-FFM <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY BRIEFING ON PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS** |

Based on the Parties' Joint Stipulation to Stay Briefing on Plaintiffs' Motion for Attorneys' Fees and for good cause shown, IT IS HEREBY ORDERED:

1. Further briefing with regards to Plaintiffs' motions for attorneys' fees pursuant to the EAJA shall be STAYED for 90 days, until October 3, 2023, while the Parties engage in good-faith settlement discussions to resolve the attorneys' fees at issue; and

2. The Parties shall inform the Court if a settlement cannot be reached and shall propose a briefing schedule that enables Plaintiffs to alter or supplement their motions with additional supporting documentation and argument, provides Defendants an opportunity to respond, and ensures Plaintiffs may file replies.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
Honorable Philip S. Gutierrez