TODD KIM, Assistant Attorney General
SETH M. BARSKY, Deputy Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*,<br><br>*Defendants*. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**STIPULATION REGARDING PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY AND WISHTOYO FOUNDATION'S CLAIM TO ATTORNEYS' FEES AND COSTS** |

This stipulation to settle Plaintiffs' claim for attorneys' fees and costs ("Agreement") is entered into by and between Plaintiffs, Center for Biological Diversity and Wishtoyo Foundation ("CBD Plaintiffs") and Defendants, Bureau of Ocean Energy Management ("BOEM"); Bureau of Safety and Environmental Enforcement ("BSEE"); Richard Yarde, Pacific Regional Supervisor, Office of Environment, BOEM; David Fish, Chief, Environmental Compliance Division, BSEE; Liz Klein, Director, BOEM; Kevin M. Sligh, Director, BSEE; Douglas Boren, Pacific Region Director, BOEM; Bruce Hesson, Pacific Region Director, BSEE; United States Department of the Interior; and Debra Haaland, Secretary of the Interior (collectively, "Defendants"; and together with CBD Plaintiffs, "the Parties"). The Parties to this Agreement have met and conferred and agree to settle CBD Plaintiffs' claim for reimbursement of attorneys' fees and costs in this case according to the terms set forth below.

CBD Plaintiffs and Defendants hereby stipulate and agree as follows:

    1. Defendants agree to settle any and all of CBD Plaintiffs' claims for attorneys' fees, costs, and expenses in the above-captioned litigation for a total of $290,000.00.

    2. Payment(s) of the settlement funds shall be accomplished by electronic funds transfer to the Center for Biological Diversity. Within five (5) days of entry of an order approving this Agreement, CBD Plaintiffs will provide Defendants

with the necessary account information to effectuate this payment in a timely manner, including: the payee's telephone number, bank account number, account type, bank routing, and transit number and the payee's tax identification number.

3. Defendants agree to submit all necessary paperwork for the processing of relevant portions of the payment described in Paragraph 1 above within forty-five (45) days after (a) approval of this agreement by the Court or (b) CBD Plaintiffs provide Defendants with the information necessary to effectuate the transfer of funds, whichever is later. CBD Plaintiffs agree to provide confirmation of receipt of payment to counsel for Defendants within seven (7) days of receipt of payment.

4. CBD Plaintiffs agree to accept payment of $290,000.00 in full satisfaction of any and all claims for attorneys' fees, costs, and expenses related to the above-captioned litigation, through and including the date of this Agreement.

5. CBD Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of CBD Plaintiffs' claims for attorneys' fees and costs for all work on any and all of the claims asserted in the above-captioned litigation, through and including the date of this Agreement. Because this Stipulation resolves all of CBD Plaintiffs' claims for fees and costs, CBD Plaintiffs hereby agree to a withdrawal of their Petition for Costs and Attorneys' Fees (ECF No. 220) effective upon approval of this agreement by the Court.

Stipulation Regarding Attorneys' Fees and Costs                                           2
Case No. 2:16-cv-08418-PSG-FFM

6. By this Agreement, Defendants do not waive any right to contest fees claimed by CBD Plaintiffs or CBD Plaintiffs' counsel, in any future litigation, or continuation of the present action. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorneys' fees litigation against the United States except as necessary to enforce the terms of this Agreement.

7. This Agreement is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. It does not represent an admission, by any party, to any fact, claim, or defense concerning any issue in this case.

8. Nothing in this Agreement shall be interpreted as, or shall constitute, a commitment or requirement that Defendants are obligated to pay funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

9. This document sets forth the entire Agreement of the parties for the settlement of the request for attorneys' fees, costs, and expenses. All previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Agreement, are fully and completely extinguished and superseded by this Agreement. No

modification of this Agreement shall be valid unless expressly consented to in writing by all the parties.

10. The terms of this Agreement shall become effective upon approval from this Court. A Proposed Order approving this Agreement is attached.

11. This Agreement shall be governed by and construed under federal law.

12. The undersigned representatives of the parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Agreement and to legally bind the parties to it.

IT IS SO STIPULATED.

Dated: September 15, 2023

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorney for CBD Plaintiffs*

TODD KIM,
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/ *Davis A. Backer*
DAVIS A. BACKER
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants*

I, Davis Backer, in accordance with Local Rule 5-4.3.4(a)(2)(i), attest that Kristen Monsell reviewed the stipulation presented above, concurred in the content, and authorized the filing of this document bearing her signature with the Court.

<u>*/s/ Davis A. Backer*</u>
Davis A. Backer