# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>BUREAU OF OCEAN ENERGY MANAGEMENT, *et al.*,<br><br>      *Defendants*. | Case No. 2:16-cv-08418-PSG-FFM<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFFS ENVIRONMENTAL DEFENSE CENTER AND SANTA BARBARA CHANNELKEEPER'S CLAIM TO ATTORNEYS' FEES AND COSTS** |

      Plaintiffs, Environmental Defense Center and Santa Barbara Channelkeeper ("EDC Plaintiffs"), and Defendants, Bureau of Ocean Energy Management ("BOEM"); Bureau of Safety and Environmental Enforcement ("BSEE"); Richard Yarde, Pacific Regional Supervisor, Office of Environment, BOEM; David Fish, Chief, Environmental Compliance Division, BSEE; Liz Klein, Director, BOEM; Kevin M. Sligh, Director, BSEE; Douglas Boren, Pacific Region Director, BOEM; Bruce Hesson, Pacific Region Director, BSEE; United States Department of the Interior; and Debra Haaland, Secretary of the Interior (collectively, "Defendants"; and together with EDC Plaintiffs, "the Parties"), have entered into a Stipulation to settle EDC Plaintiffs' claim for attorneys' fees and costs.

      The Court, having considered the Stipulation, finds that good cause is shown and that the Stipulation should be APPROVED. Accordingly, the terms and

conditions of the Stipulation are hereby adopted as an enforceable ORDER of this Court, and the hearing on the Motion for Attorneys' Fees and Costs (ECF No. 219) is vacated. The Court will retain jurisdiction to enforce compliance with the terms of the Stipulation and this Order. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Dated: September 26, 2023

_____
Honorable Philip S. Gutierrez

cc: Fiscal